28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATHANIEL FELBER, et al.

)
)
*Plaintiff*
)
)
v.
)
)          Civil Action No.  19-cv-1027
ISLAMIC REPUBLIC OF IRAN
)
)
*Defendant*
)

## SUMMONS IN A CIVIL ACTION

To:      *(Defendant's name and address)*

Islamic Republic of Iran
Ministry of Foreign Affairs
Khomeini Avenue
United Nations Street
Tehran, Iran

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Schlanger
Osen LLC
2 University Plaza, Suite 402
Hackensack, New Jersey 07601

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*