```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------------------- x
NATHANIEL FELBER by his legal guardians JOSEPH   :
FELBER and JUDI FELBER, et al.,                  :
                                                 :
                       Plaintiffs,               :
                                                 :   Case No. 19-cv-1027
  -against-                                      :
                                                 :
ISLAMIC REPUBLIC OF IRAN                         :
                                                 :
                       Defendant.                :
-------------------------------------------------------------------------- x
```

## PLAINTIFFS' *EX PARTE* MOTION FOR WAIVER OF LOCAL CIVIL RULE 5.1(c)

Plaintiffs, Nathaniel Felber, *et al.*, through their counsel, move the Court that an Order be entered waiving the requirements of Local Civil Rule 5.1(c) with respect to the requirement that the "full residence address of the party" be included in the caption of the initial pleading.

The following is stated in support of the Motion:

1. This is a civil action pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602 *et seq.* for wrongful death, personal injury and related torts, by the estates and families of members of the U.S. armed forces who were killed or injured in Iraq by agents of the Islamic Republic of Iran ("Iran");

2. As will be more fully developed in the course of this litigation, many of the Plaintiffs continue to suffer severe post-traumatic emotional disorders stemming from the attacks set forth in the Complaint;

3. Plaintiffs (and their counsel) are concerned that the listing of their addresses could subject them to possible harassment or threats to their personal safety from terrorist groups controlled and/or supported by Iran and/or its sympathizers;

4. Given Iran's longtime designation as a State Sponsor of Terrorism, and the fact that terrorist groups controlled and/or supported by the Iran have caused the deaths of thousands of American citizens around the globe since 1979, we respectfully submit that Plaintiffs' concerns have a factual basis;

5. This Court has previously waived Local Civil Rule 5.1(c) in similar and related cases based upon Plaintiffs' well-founded concerns that the listing of their addresses could subject them to possible harassment or threats to their personal safety from terrorist groups controlled and/or supported by Iran and/or its sympathizers. *See Hake, et al. v. Bank Markazi Jomhouri Islami Iran, et al.*, Civil Action No. 17-114 (CKK), Minute Order dated January 27, 2017 (Kollar-Kotelly, J.), citing *Yaman v. U.S. Dep't of State*, 786 F. Supp. 2d 148, 153 (D.D.C. 2011) (listing factors, including "whether identification poses a risk of retaliatory physical or mental harm to the requesting party"); *Stearns v. Islamic Republic of Iran*, Civil Action No. 17-131 (CKK) Minute Order dated January 27, 2017 (Kollar-Kotelly, J.) (same).

6. The proposed Order submitted with this Motion requires the filing under seal of a list containing the names and residence addresses of all Plaintiffs within 30 days of the date of the Order, which will provide the Court the information required by Local Civil Rule 5.1(c).

**WHEREFORE,** Plaintiffs pray that this Motion be granted and that the Court enter the Order submitted.

Dated: April 12, 2019

**OSEN LLC**

By /s Aaron Schlanger
Aaron Schlanger (DC Bar No. NJ007)
2 University Plaza, Suite 402
Hackensack, New Jersey
(201) 265-6400

Attorneys for Plaintiffs