UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-------------------------------------------------------------------------- x

NATHANIEL FELBER by his legal guardians JOSEPH :
FELBER and JUDI FELBER, *et al.*,    :
   :
                Plaintiffs,    :
   :   **Case No. 19-cv-1027**
 -against-    :
   :
ISLAMIC REPUBLIC OF IRAN    :
   :
                Defendant.    :

-------------------------------------------------------------------------- x

## PROPOSED ORDER

Upon consideration of Plaintiffs' *Ex Parte* Motion for Waiver of Local Civil Rule 5.1(c), it is hereby

**ORDERED,** that the requirement of Local Civil Rule 5.1(c) that the "full residence address of the party" be included in the caption of the initial pleading is hereby waived; and it is further

**ORDERED,** that the Plaintiffs file under seal a list containing the names and residence addresses of all Plaintiffs within 30 days of the date of this Order; and it is further

**ORDERED,** that the Clerk of Court accept the Complaint submitted with the Plaintiffs' *Ex Parte* Motion for Waiver of Local Rule 5.1(c) and issue process directed to the Defendant.

**SO ORDERED** this ___ day of _____, 2019.

_____
**United States District Judge**