UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-------------------------------------------------------------------------- x

NATHANIEL FELBER by his legal guardians JOSEPH FELBER and JUDI FELBER, *et al.*,

                         Plaintiffs,

-against-

ISLAMIC REPUBLIC OF IRAN

                         Defendant.

-------------------------------------------------------------------------- x

Case No. 19-cv-1027

**FILED**
APR 17 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### ORDER

Upon consideration of Plaintiffs' *Ex Parte* Motion for Waiver of Local Civil Rule 5.1(c), it is hereby

**ORDERED**, that the requirement of Local Civil Rule 5.1(c) that the "full residence address of the party" be included in the caption of the initial pleading is hereby waived; and it is further

**ORDERED**, that the Plaintiffs file under seal a list containing the names and residence addresses of all Plaintiffs within 30 days of the date of this Order; and it is further

**ORDERED**, that the Clerk of Court accept the Complaint submitted with the Plaintiffs' *Ex Parte* Motion for Waiver of Local Rule 5.1(c) and issue process directed to the Defendant.

**SO ORDERED** this 17th day of April, 2019.

                                                                      **United States District Judge**