CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

NATHANIEL FELBER, et al.,

_____
                     Plaintiff(s)

vs.

ISLAMIC REPUBLIC OF IRAN,

_____
                     Defendant(s)

Civil Action No.: 19-cv-1027 (ABJ)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Ministry of Foreign Affairs
Islamic Republic of Iran
Imam Khomeni Avenue
Tehran, Iran

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☑ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

/s/ Aaron Schlanger
(Signature)

OSEN LLC
2 University Plaza, Suite 402
Hackensack, New Jersey 07601

(Name and Address)