English  Contact Center  Tools  Country Profile  DHL Global



Express  Logistics  Mail  Press  Careers  About Us       Content Search  [Go]



## Schedule a Pick-up: Confirmation

Enter                                   **Confirmation**

> My DHL Express

Pick-up scheduled for:
**Tuesday, May 07, 2019**
Between 9:00 am and 6:00 pm
Confirmation number: 517853

> Shipping
> Tracking
> Customs Services and Support
> Export Services
> Import Services
> Optional Services
> Small Business Solutions
> Resource Center

Please keep your confirmation number for your reference. If you need further assistance with this pick-up, please contact us.
▸ Schedule another Pick-up
▸ Cancel request

### Next time save some money.
Use a DHL shipping spot, retail, drop box, or service center.
▸ Find my nearest drop-off location

Deutsche Post DHL Group