

**EXPRESS DOMESTIC**  DOM  DHL
2019-05-09 DCV8 3.0.1 / *12-1403*

From: **DHLE RETURNS**
— 3130 V ST NE
DC
20018 WASHINGTON
UNITED STATES OF AMERICA

Origin: **DCA**

To: **US DISTRICT COURT OF DC**
— 333 CONSTITUTION AVE, NW
DC DC
**20001 WASHINGTON**
**UNITED STATES OF AMERICA**

Contact:
ASCHLANGER@OSENLAW.COM
AARON SCHLANGER
12012656400

**US – DCA – DCA**

Ref Code RTD1303660525

Content Description
DOCUMENTS

Pos/Shpt Weight: 0.5 LB    Piece 1/1

SCREENED BY
US MARSHALS
MAY 10 2019

WAYBILL 29 3532 5606

(2L)U620001+46000000

RECEIVED
Mail Room
MAY 10 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

RE(J)JD01 4600 0069 1691 5042
Mail Room

MAY 10 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

DC1F
EDD: 5/10/2019
HWB: 0
PCS:
20001

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATHANIEL FELBER, et al.
*Plaintiff*

v.

ISLAMIC REPUBLIC OF IRAN
*Defendant*

Civil Action No. 19-cv-01027-ABJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Islamic Republic of Iran
Ministry of Foreign Affairs
Khomeini Avenue
United Nations Street
Tehran, Iran

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Schlanger
Osen LLC
2 University Plaza, Suite 402
Hackensack, New Jersey 07601

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 04/15/2019

/s/ Elizabeth A. Fernandez
*Signature of Clerk or Deputy Clerk*