| Item Description (Nature de l'envoi) | Registered (Envoi recommandé) | Printed (Lettre) | Letter (Imprimé) | Other (Autre) | Recorded Delivery (Envoi avec livraison attestée) | Express Mail International |
|---|---|---|---|---|---|---|
| Insured Parcel ☐ (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | | Article Number | |
| Office of Mailing (Bureau de dépôt) | | | | | Date of Posting (Date de dépôt) | |

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Mohammad Javad Zarif, Ministry of Foreign Affairs

Street and No. (Rue et No.)
Khomeini Avenue, United Nations Street

Place and Country (Localité et pays)
Tehran, The Islamic Republic of Iran

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, February 1997 (Reverse)

---

19-1027

Registered No.                                    Date Stamp

| Reg. Fee | $ | | |
| Handling Charge | $ | Return Receipt | $ |
| Postage | $ | Restricted Delivery | $ |
| Received by | | | |
| Customer Must Declare Full Value $ | | ☐ With Postal Insurance / ☐ Without Postal Insurance | |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

FROM:
U.S. District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

TO:
Mohammad Javad Zarif
Ministry of Foreign Affairs
Khomeini Avenue, United Nations Street
Tehran, The Islamic Republic of Iran

PS Form 3806, June 2002   Receipt for Registered Mail   Copy 1 - Customer (See Information on Reverse)

For delivery information, visit our website at www.usps.com®

**Registered No.** RA650640691US

| | |
|---|---|
| Reg. Fee $ | $10.31 |
| Handling Charge $ | $0.00 |
| Postage $ | $4.10 |
| Received by | $0.00 |
| Customer Must Declare Full Value $ | $0.00 |
| Return Receipt $ | $16.00 |
| Restricted Delivery $ | |
| With Postal Insurance | $0.00 |
| Without Postal Insurance | |

Date Stamp: FRANCES PERKINS STATION, WASHINGTON, MAY 28 2019

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

FROM: U.S. District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001

TO: Mohammad Javad Zarif, Ministry of Foreign Affairs, Khomeini Avenue, United Nations Street, Tehran, The Islamic Republic of Iran

PS Form 3806, June 2002  Receipt for Registered Mail  Copy 1 - Customer (See Information on Reverse)

For delivery information, visit our website at www.usps.com ®

---

FRANCES PERKINS
200 CONSTITUTION AVE NW
WASHINGTON, DC
20210-0002
1050140216

05/28/2019    (800)275-8777    3:02 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Intl Large Envelope (International) (Iran) (Weight:0 Lb 10.10 Oz) | 1 | $10.31 |
| Registered (Amount:$0.00) (USPS Registered Mail #) (RA650640691US) | 1 | $16.00 |
| Return Receipt | 1 | $4.10 |
| Total | | $30.41 |

Credit Card Remitd    $30.41
 (Card Name:VISA)
 (Account #:XXXXXXXXXXXX5359)
 (Approval #:06833I)
 (Transaction #:378)
 (AID:A0000000031010     Chip)
 (AL:VISA CREDIT)
 (PIN:Not Required       CHASE VISA)

Save this receipt as evidence of insurance. For information on filing an insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

Please visit
https://www.usps.com/international/cus oms-forms.htm to complete International Mail customs forms online and to ship packages from your home or office using Click-N-Ship(R) service.

All sales final on stamps and postage. Refunds for guaranteed services only. Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5200-0467-001-00026-19277-02

or scan this code with
your mobile device:



**RECEIVED**

MAY 2 8 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Mohammad Javad Zarif
Minister of Foreign Affairs, Head of Ministry of Foreign Affairs
Ministery of Foreign Affairs
Khomeini Avenue, United Nations Street
Tehran, The Islamic Republic of Iran

RECEIVED
MAY 28 2019

RECEIVED
MAY 28 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED

MAY 28 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia