OSEN LLC
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601      1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 201.265.6400   F. 201.265.0303                                                        T.212.354.0111

July 23, 2019

Office of the Clerk of the Court
Attn: Angela D. Caesar
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

  **Re:** *Felber v. Islamic Republic of Iran,* **No. 19-cv-1027-ABJ**
     **Request for Service of Process on Defendant, the Islamic Republic of Iran**

Dear Ms. Caesar:

  We write in connection with the above-captioned case to respectfully request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service in this matter on the Defendant, the Islamic Republic of Iran.

  Service on Defendant under 28 U.S.C. § 1608(a)(4) is warranted here. Defendant and the United States do not have any special arrangement for service of process pursuant to 28 U.S.C. § 1608(a)(1), nor is service permitted by any applicable international convention on service of documents pursuant to 28 U.S.C. § 1608(a)(2). Moreover, Plaintiffs have attempted to serve the summons and complaint pursuant to 28 U.S.C. § 1608(a)(3) via the United States Postal Service on Defendant (*see* ECF No. 11), but Defendant refused to accept service (*see* ECF No. 12).

  In accordance with 28 U.S.C. § 1608(a)(4), I have enclosed for Defendant: 1) two copies of the Complaint with a certified translation into Farsi; 2) two copies of the summons with a certified translation into Farsi; 3) two copies of the Notice of Suit with a certified translation into Farsi; and 4) two copies of the Foreign Sovereign Immunities Act. The following address should be used to dispatch the enclosed documents to the Director of Special Consular Services at the U.S. Department of State:

  U.S. Department of State
  ATTN: Jared Hess
  CA/OCS/L, SA-17, 10th Floor
  2200 C Street N.W.
  Washington, DC 20522-1710

  Once the Court has completed processing the documents, we respectfully request that the documents be sent to the above address via FedEx. We have enclosed a pre-addressed FedEx

Office of the Clerk of the Court
July 23, 2019
Page 2 of 2


Waybill, a cover letter addressed to the State Department, and cashier's checks to cover the State Department fees.

      If you have any questions or require anything further, please do not hesitate to contact me at (201) 265-6400. Thank you very much for your assistance in this matter.


          Respectfully submitted,

          Aaron Schlanger


Encls.