AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| NATHANIEL FELBER, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-1027-ABJ |
| ISLAMIC REPUBLIC OF IRAN | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                .

Date:  07/29/2019                              /s/ Michael J. Radine
                                                *Attorney's signature*

                                    Michael J. Radine (DC Bar No. NJ015)
                                      *Printed name and bar number*
                                              OSEN LLC
                                    2 University Plaza, Suite 402
                                      Hackensack, N.J. 07601

                                                *Address*

                                        mradine@osenlaw.com
                                              *E-mail address*

                                            (201) 265-6400
                                            *Telephone number*

                                            (201) 265-0303
                                              *FAX number*