

**United States Department of State**

*Washington, D.C.   20520*

October 24, 2019

Ms. Angel D. Caesar
United States District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001



RECEIVED Mail Room OCT 29 2019 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

      **Re: Nathaniel Felber, et al. v. Islamic Republic of Iran, 1:19-cv-01027-ABJ**

Dear Ms. Caesar:

    I am writing regarding the Court's request for transmittal of a Summons, Complaint, and Notice of Suit to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

    Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1089-IE dated and delivered on September 23, 2019. A certified copy of the diplomatic note is enclosed.

                                 Sincerely,

                                   Jared N. Hess
                                   Attorney Adviser
                                 Overseas Citizens Services
                                   Office of Legal Affairs

Cc: Aaron Schlanger
OSEN LLC
1441 Broadway, Suite 6022
New York, NY 10018

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

28693

**Federal Department of Foreign Affairs FDFA**

K.346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 26966 dated September 9, 2019 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance: Nathaniel Felber, et al. v. Islamic Republic of Iran, 1:19-cv-01027-ABJ

- Note No. 1089-IE addressed to The Islamic Republic of Iran

dated September 23, 2019 and proof of service, dated September 24, 2019 as well as the certification by the Swiss Federal Chancellery dated October 1, 2019.

The section has received the above mentioned documents on September 22, 2019. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on September 23, 2019. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, October 1, 2019



_Enclosure(s) mentioned_

To the
Embassy of the
United States of America

Berne