CO 538
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

NATHANIEL FELBER, et al.,
    Plaintiff(s)

vs.                                                                                 Civil Action No. 19-cv-01027-ABJ

ISLAMIC REPUBLIC OF IRAN
    Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __14th__ day of __January__, __2020__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __Islamic Republic of Iran__ was [were] (select one):

☑ personally served with process on __September 23, 2019 under diplomatic Note No. 1089-IE__.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☑ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __28 U.S.C. § 1608(a)(4)__.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/ Aaron Schlanger
Attorney for Plaintiff(s) [signature]

Aaron Schlanger
OSEN LLC
2 University Plaza, Suite 402
Hackensack, N.J. 07601
(201) 265-6400

NJ007
Bar Id. Number                                                   Name, Address and Telephone Number