Default - Rule 55A                                                          (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

NATHANIEL FELBER

---

Plaintiff(s)                                      Civil Action: 19-cv-01027-ABJ

v.

ISLAMIC REPUBLIC OF IRAN

---

Defendant(s)

**RE:**    ISLAMIC REPUBLIC OF IRAN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint       on        9/23/2019       , and  an  affidavit on behalf of the plaintiff having been filed, it is this ___24___ day of _____January_____, __2020__ declared that defendant(s) is/are in default.


ANGELA D. CAESAR, Clerk


By: _____/s/Jackie Francis_____
                        Deputy Clerk