UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL FELBER, *by his legal guardians Joseph Felber and Judi Felber*, et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 19-1027 (ABJ) |
| ISLAMIC REPUBLIC OF IRAN, | ) ) ) |
| Defendant. | ) ) |

## ORDER

On April 12, 2019, plaintiffs filed a complaint against the Islamic Republic of Iran. Compl. [Dkt. # 1]. Defendant was served on September 23, 2019, and its answer was due on November 22, 2019. *See* Return of Service Affidavit [Dkt. # 17]. Defendant failed to answer or otherwise respond to the complaint, and on January 14, 2020, plaintiffs sought default against defendant. Affidavit for Default [Dkt. # 18]. On January 24, 2019, the Clerk of the Court entered default against defendant. Clerk's Entry of Default [Dkt. # 19]. Since that date, plaintiffs have taken no action in this case. Thus, it is

**ORDERED** that by May 8, 2020, plaintiffs must show cause why this case should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE: April 21, 2020