AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| NATHANIEL FELBER, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-01027 (ABJ) |
| ISLAMIC REPUBLIC OF IRAN | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs    .

Date:  07/14/2020

/s/ Dina Gielchinsky
*Attorney's signature*

Dina Gielchinsky (DC Bar No. NJ011)
*Printed name and bar number*

OSEN LLC
2 University Plaza, Suite 402
Hackensack, New Jersey 07601

*Address*

dgielchinsky@osenlaw.com
*E-mail address*

(201) 265-6400
*Telephone number*

(201) 265-0303
*FAX number*