UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------x
NATHANIEL FELBER et al.,                          :
                                                  :     **Case No. 19-cv-1027 (ABJ)**
                              Plaintiffs,         :
                                                  :
              -against-                           :
                                                  :
ISLAMIC REPUBLIC OF IRAN,                         :
                                                  :
                              Defendant.          :
-------------------------------------------------------x

### PLAINTIFFS' MOTION TO EXTEND TIME AS TO A PORTION OF THEIR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Plaintiffs respectfully request an extension of time until October 16, 2020 to file the portion of their proposed findings of fact and conclusions of law pertaining to Plaintiff Nathaniel Felber's damages. As noted as a possibility in their May 4, 2020 Response to the Court's April 21, 2020 Order to Show Cause, ECF No. 21, Plaintiffs' counsel have encountered difficulties in collecting some of Mr. Felber's medical records from Israel, given the country's "lockdown" at the time due to the COVID-19 crisis. *See id.* ¶¶ 8-9 & n.1, 12. Although that lockdown was subsequently lifted, a resurgence of COVID-19 cases in the past two weeks has once again begun to overwhelm the country's medical system.[1]

Furthermore, since Plaintiffs' May 4 filing, Mr. Felber underwent cranioplasty surgery on May 13, which caused him to suffer from seizures and other complications, further exacerbating his injuries and resulting in his being returned to the Intensive Care Unit for an extended period of time. Plaintiffs are thus also attempting to collect medical records relating to his updated medical

---

[1] Israel's medical system is now under threat of being "overwhelmed," and some hospitals including Tel Hashomer, where Mr. Felber is being treated, are "now at or above capacity for COVID-19 patients." Staff, "Serious virus cases reach highest number yet as hospitals fill up," *Times of Israel* (July 15, 2020), *available at* https://www.timesofisrael.com/number-of-serious-virus-cases-reach-highest-level-yet-as-hospitals-fill-up/.

condition. Plaintiffs therefore believe that, despite their best efforts, they will not be able to complete their collection of relevant medical evidence for Mr. Felber by August 3, 2020.

However, Plaintiffs remain prepared to file their proposed findings of fact and conclusions of law as to Iran's liability for Plaintiffs' injuries and the damages for all Plaintiffs except for Mr. Felber by August 3, 2020.

Therefore, Plaintiffs respectfully request the following filing schedule:

- Plaintiffs will file their proposed findings of fact and conclusions of law as to Iran's liability for their injuries and Plaintiffs' damages (except for Mr. Felber's) by **August 3, 2020**.

- Plaintiffs will file their proposed findings of fact and conclusions of law as to Mr. Felber's damages by **October 16, 2020**.

Based on current circumstances and barring any further (severe) medical setbacks or more extreme difficulties collecting medical records from Israel (in which case Plaintiffs will inform the Court as soon as possible), the October 16, 2020 date should allow Plaintiffs to complete their damages submission for Mr. Felber, even factoring in some continued disruption caused by the pandemic.[2]

Dated: July 15, 2020

                    Respectfully submitted,

                    **OSEN LLC**

By:    /s/ Michael Radine
        Michael Radine (DC Bar No. NJ015)
        2 University Plaza, Suite 402
        Hackensack, New Jersey 07601
        Tel.: (201) 265-6400
        Fax: (201) 265-0303

*Attorneys for Plaintiffs*

---

[2] Plaintiffs have also factored in the fact that mid-September to early October is the "holiday season" in Israel when much of the country is on vacation, and they have selected the October 16, 2020 deadline accordingly.