UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------x

NATHANIEL FELBER et al.,         :

                                 :     **Case No. 19-cv-1027 (ABJ)**

                  Plaintiffs,    :

                                 :

         -against-        :

                                 :

ISLAMIC REPUBLIC OF IRAN,    :

                                 :

                 Defendant.   :

------------------------------------------------------x

## PROPOSED ORDER

      Upon consideration of Plaintiffs' Motion to Extend Time as to a Portion of Their

Proposed Findings of Fact and Conclusions of Law, it is hereby

      **ORDERED** that Plaintiffs' motion is granted. Plaintiffs will file their proposed findings

of fact and conclusions of law as to Iran's liability for their injuries and Plaintiffs' damages (except

for Nathaniel Felber's) by **August 3, 2020** and their proposed findings of fact and conclusions of

law as to Nathaniel Felber's damages by **October 16, 2020**. If Plaintiffs believe, despite their best

efforts, they cannot meet the latter deadline due to the ongoing COVID-19 crisis in Israel, they

will so inform the Court as soon as possible and move for further relief.

**SO ORDERED** this _____ day of _____, 2020.

                                 _____

                                 AMY BERMAN JACKSON
                                 United States District Judge