UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------x
NATHANIEL FELBER, et al.           :
                                   :     **Civil Action No. 19-cv-1027 (ABJ)**
                      Plaintiffs,  :
                                   :
        -against-                  :
                                   :
ISLAMIC REPUBLIC OF IRAN,          :
                                   :
                      Defendant.   :
-------------------------------------------------------x

## PLAINTIFFS' MOTION FOR ADMISSION
## OF ATTORNEY *PRO HAC VICE*

Plaintiffs move for the admission and appearance of attorney Patrick J. Duprey *pro hac vice* in the above-captioned matter, pursuant to LCvR 83.2(d). Plaintiffs support this motion with the Declaration of Patrick J. Duprey. As stated therein, he is admitted to practice in the states of New York and New Jersey and before the United States District Courts for the Southern and Eastern Districts of New York. Mr. Duprey has not been disciplined by any Bar and is an active member in good standing of all Bars and courts in which he has been admitted to practice.

This motion is supported and signed by Ari Ungar (D.C. Bar No. NJ008), an active and sponsoring member of the Bar of this Court.

**Dated: July 20, 2020**

                                        Respectfully submitted,

                                        OSEN LLC

                              By:       /s/ Ari Ungar
                                        Ari Ungar (DC Bar No. NJ008)
                                        2 University Plaza, Suite 402
                                        Hackensack, NJ 07601
                                        Tel.:  (201) 265-6400
                                        Fax:  (201) 265-0303

                                        *Attorneys for Plaintiffs*