UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------x
NATHANIEL FELBER, et al.          :
                                  :          **Civil Action No. 19-cv-1027 (ABJ)**
                    Plaintiffs,   :
                                  :
        -against-                 :
                                  :
ISLAMIC REPUBLIC OF IRAN,         :
                                  :
                    Defendant.    :
-------------------------------------------------------x

## DECLARATION OF PATRICK J. DUPREY
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Patrick J. Duprey, am over the age of 18 and am fully competent to make this declaration.

Under penalty of perjury, I declare the following:

1. My full name is Patrick James Duprey.

2. My office address, telephone number, and other contact information are as follows:

    Patrick Duprey
    Osen LLC
    2 University Plaza, Suite 402
    Hackensack, NJ 07601
    Tel.: (201) 265-6400
    Email: pduprey@osenlaw.com.

3. I am admitted to practice before the following state Bars and courts:

    State of New York (Bar No. 5687074) (February 21, 2019)
    State of New Jersey (Bar No. 326512020) (January 8, 2020)
    U.S. District Court for the Southern District of New York (May 5, 2020)
    U.S. District Court for the Eastern District of New York (July 6, 2020).

4. I have not been disciplined by any Bar. I am a member in good standing of all Bars and courts in which I have been admitted to practice.

5. I have never previously been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in Washington, D.C.; am not a member of the Washington, D.C. Bar; and do not currently have an application for membership pending. I anticipate filing an application for admission in this Court in the near future.

**Dated: July 20, 2020**

Respectfully submitted,

OSEN LLC

By:    /s/ Patrick Duprey
2 University Plaza, Suite 402
Hackensack, NJ 07601
Tel.: (201) 265-6400
pduprey@osenlaw.com
