UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------x
NATHANIEL FELBER, et al.                    :
                                            :           **Civil Action No. 19-cv-1027 (ABJ)**
                    Plaintiffs,             :
                                            :
         -against-                          :
                                            :
ISLAMIC REPUBLIC OF IRAN,                   :
                                            :
                    Defendant.              :
-------------------------------------------------------x

### [PLAINTIFFS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY PATRICK J. DUPREY *PRO HAC VICE*

The Court has reviewed Plaintiffs' motion for the admission of non-member attorney Patrick J. Duprey *pro hac vice* in the above-captioned matter, as well as the Declaration of Patrick J. Duprey, submitted in accordance with LCvR 83.2(d). Upon consideration of the motion, the Court grants Patrick J. Duprey *pro hac vice* admission to this Court.

**IT IS SO ORDERED.**

DATE: _____                    _____
                                                  Amy Berman Jackson
                                                  United States District Judge