AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia ▾

| | | |
|---|---|---|
| NATHANIEL FELBER, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   19-cv-01027 (ABJ) |
| ISLAMIC REPUBLIC OF IRAN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                             .

Date:      07/22/2020

/s/ Patrick J. Duprey
*Attorney's signature*

Patrick J. Duprey (pro hac vice)
*Printed name and bar number*

OSEN LLC
2 University Plaza Drive, Suite 402
Hackensack, NJ 07601
*Address*

pduprey@osenlaw.com
*E-mail address*

(201) 265-6400
*Telephone number*

(201) 265-0303
*FAX number*