UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------x
NATHANIEL FELBER, et al.          :
                                       :     **Civil Action No. 19-cv-1027 (ABJ)**
                 Plaintiffs,    :
                                       :
          -against-       :
                                       :
ISLAMIC REPUBLIC OF IRAN,    :
                                     :
                 Defendant.   :
-------------------------------------------------------x

## DECLARATION OF ELI REICHENTHAL, M.D.

I, Eli Reichenthal, M.D., in Omer, Israel, this 30th day of September, 2020, declare under the laws of perjury of the United States that the following is true and correct:

## I.    BACKGROUND AND QUALIFICATIONS

### a.  Biography

1.    I am a Medical Doctor trained in neurological surgery both in Israel and the United States. I am certified to practice medicine in Florida, Maine, and New York.

2.    I received my M.D. degree from the University of Vienna, Austria in 1967. I began my training in neurological surgery in 1968 in Israel. I continued my training in neurosurgery at Mount Sinai Hospital, Miami Beach, Florida in 1973, followed by a year of residency, and later as chief resident in neurological surgery at Mount Sinai Hospital, New York. I have been a board-certified neurosurgeon in Israel since 1976.

3.    Between 1988-2004, I was professor and chairman of the Department of Neurosurgery at Soroka Medical Center and Ben-Gurion University of the Negev in Beer Sheva, Israel. During my tenure, my department treated numerous neurotrauma cases, including gunshot injuries to the brain.

4.    Between 1994-2000, I served as chairman of all surgical departments at Soroka Medical Center.

5.    I am a member of various professional societies, including the Israeli Neurosurgical Society since 1976, the Congress of Neurological Surgeons in the U.S. since 1983, and the Joint

Section on Neurotrauma and Critical Care of the American Association of Neurological Surgeons since 1990.

6.      I served as the president of the Israeli Neurosurgical Society between 2003-2005.

7.      I am currently self-employed as a neurosurgical consultant, and also work as a legal consultant for numerous law offices in Israel, in which capacity I prepare expert opinions and appear in court. I spend several months of the year in New York, where I volunteer as an adjunct professor of neurosurgery in the Department of Neurosurgery at Stony Brook University Medical Center, New York. In that capacity, I present on various topics, including traumatic brain injury ("TBI"), cranioplasty, and neurosurgery.

### b.  Scope of Work

8.      I was asked by Plaintiffs' counsel to evaluate the nature and scope of physical injuries suffered by Nathaniel Felber as a result of the December 13, 2018 terrorist attack.

### c.  Qualifications

9.      A copy of my curriculum vitae which includes a list of the publications I authored is attached hereto as **Exhibit A**. I have not testified as an expert at trial or by deposition during the previous four years.

### d.  Terms of Engagement and Compensation

10.     I am being compensated $5,000 for preparing this expert declaration. I have no personal or professional relationship with any party in this case that would prevent me from providing impartial testimony in this matter.

## II.    METHODOLOGY

11.     This expert opinion is based on the following documentation:

i.      Nathaniel Felber's Discharge Summary from the Department of Neurosurgery of the Hadassah University Hospital, Ein Kerem, Jerusalem, dated February 29, 2019;

ii.     Interim Report on the condition of Nathaniel Felber from the Department of Neurological Rehabilitation in Chaim Sheba Medical Center at Tel HaShomer, Ramat Gan ("Sheba Medical Center"), dated July 12, 2020;

      iii.    CT scans of Nathaniel Felber's skull taken in Sheba Medical Center, dated July 14, 2020;

      iv.    Nathaniel Felber's Discharge Summary from Sheba Medical Center, dated September 14, 2020.

12.    Plaintiffs' counsel provided me with a copy of the Complaint in this case dated April 12, 2019, which I reviewed.

13.    I also communicated with Mrs. Judi Felber, Nathaniel Felber's mother, during July and August 2020. We discussed Nathaniel's medical history and condition, and she provided me with additional detailed information not found in the discharge summaries such as Nathaniel's past medical history and dates of procedures that he underwent.

## III.    SUMMARY OF TBI

14.    To aid this Court in better understanding the nature and extent of Nathaniel Felber's injuries, I summarize below the condition and effects of a TBI as they relate to a patient's physical functions.

### a.  Condition of TBI

15.    A TBI is an acquired brain injury that occurs when a sudden trauma causes damage to the brain. Examples of such trauma include an object such as a bullet piercing the skull and entering (and then exiting) the brain tissue, as occurred to Nathaniel.

16.    A TBI is distinct from other injuries such as broken limbs or a punctured lung. Injuries to extremities or other organs may limit the use of a specific part of the body resulting in functional disabilities, but cognitive abilities, emotional stability, and personality generally remain unchanged. Patients may undergo procedures to directly repair broken limbs or replace them with prosthetics, often achieving a functional outcome. However, no methods of restoring the damaged brain structures with surgical techniques or prosthetics currently exist.

17.    Recovery from brain injury, following initial life saving measures, is currently limited to rehabilitation. In most cases, rehabilitation focuses on adaptation to disability, using exercises to encourage functional brain areas to compensate for injured areas, and compensation for injury by

teaching strategies to lessen the impact of disabilities. Although adaptation strategies focus on improving "neuro-plasticity" (the rewiring of damaged brain areas), there is little evidence that the injuries actually heal and return to normal function.

18.     The prognosis of an individual suffering from TBI therefore does not necessarily improve. Unlike tissues such as bone or muscle, the neurons in the brain do not mend themselves. The nervous system does not heal in ways that lead to full recovery. Certain areas of the brain may remain damaged, and the functions that were controlled by those areas may emerge as challenges throughout the individual's lifespan.

### b. Symptoms of TBI

19.     The symptoms associated with a mild, moderate or severe TBI depend on the specific areas of the brain injured. This is due to the organization of the brain in terms of function with specific areas of the brain representing specific functions.

20.     Depending on the areas involved, moderate and severe injuries may result in functional losses including loss of movement, loss of sensation, loss of language function, neuro-sensory losses such as vision or hearing deficits, and loss of higher-level functions such as balance, coordination, and memory, and emotional deficits. Injury to the brainstem, where most of the automatic body functions are regulated, may result in unresponsiveness or coma and potentially the inability to wake, affecting consciousness and resulting in vegetative or minimally conscious states.

21.     A coma, as used in the preceding sentence, is a prolonged state of unconsciousness. When injury damages specific parts of the brain, the nervous system cannot send normal signals to the body, causing the coma. During a coma, a person is unresponsive to his environment and cannot be awakened by any stimulation, including pain. A coma can also be medically-induced. Surgeons aim to reduce the metabolic rate of brain tissue, as well as the cerebral blood flow, which relieves intracranial pressure. The goal is that, with the swelling relieved, the pressure decreases and some or all brain damage may be averted. A person in a medically-induced coma will regain consciousness

once surgeons cease administering the medication, but a person with a severe TBI, like Nathaniel, may not.

22.     Patients may then enter a vegetative state, during which the person is awake but shows no signs of awareness. The patient may exhibit complex reflexes, including eye movements, yawning, and involuntary movements to noxious stimuli, but they show no awareness of self or environment. Traditionally, a vegetative state that lasts over one month is considered to be a persistent vegetative state, although there are exceptions.

23.     A minimally conscious state, unlike a vegetative state, is characterized by some evidence of awareness of self and/or the environment. Patients are considered to be in a state of emergence from minimal consciousness when they exhibit some functional communication (e.g., follow instructions) and functional object use (e.g., use a spoon).

### III.     CASE HISTORY

24.     Nathaniel Felber's date of birth is May 30, 1997.

25.     His past medical history indicates that he was in excellent health prior to the attack. In the summer of 2009, Nathaniel was treated for an osteoid osteoma, a benign (non-cancerous) bone tumor located in his left thigh. The treatment was successful and Nathaniel did not suffer any complications or recurrences.

26.     The gunshot injury inflicted on Nathaniel on December 13, 2018 is the only cause for his current severe neurological condition.

### IV.     POINT OF INJURY PRESENTATION

27.     On December 13, 2018, while guarding a bus stop at Givat Asaf, Nathaniel was shot at close range in the head by a terrorist wielding an AK-47 Kalashnikov rifle.

28.     He was transferred to the Department of Neurosurgery in Hadassah University Hospital in Jerusalem, and intubated en route.

29.     The standard of care for any patient suspected of TBI includes serial neurologic examinations. These examinations include a pupillary assessment and are often performed by trauma

responders at the scene, in the emergency department, and in the acute and critical care units. Unlike other components of the neurologic examination that require patients to be conscious, the pupillary examination is one of the few neurologic signs that can be assessed on an unconscious patient. It is a minimally invasive assessment, and provides valuable information about the severity and progression of the brain injury, as well as brainstem function. Nonreactive pupils are often associated with severe increases in intracranial pressure ("ICP") and/or severe brain damage.

30.     Patients are also assigned a score on the Glasgow Coma Scale ("GCS"), the current benchmark to assign a TBI category based on assessment at the time of the injury. The GCS measures a patient's functioning in three areas at the time of the injury: (1) verbal response, (2) eye opening, and (3) motor response. The patient's total GCS score indicates the severity of his TBI, with lower scores representing more severe injury. A GCS score of 13 or higher correlates with a mild brain injury, 9 to 12 a moderate brain injury, and 8 or less a severe brain injury.

31.     On arrival at the emergency room, Nathaniel was found to be in deep coma. He was assigned a GCS score of 3, the lowest possible score. His pupils were non-reactive to light, and he presented with unilateral mydriasis, *i.e.*, one of his pupils (left) was enlarged, measuring 5 mm in diameter. (Normal pupil size in adults varies from 2 to 4 mm in diameter in bright light.) These pupillary responses are typically considered signs of severe brain damage and have been strongly associated with poor outcomes. Nathaniel's corneal reflex was tested by stimulating his cornea with a foreign body and found to be present. While intubated, Nathaniel's gag reflex was tested, and also found to be present. The presence of these reflexes indicated that Nathaniel may not have experienced brainstem death, or colloquially, was not "brain dead." He was administered Mannitol (an agent that reduces brain edema) and Keppra (an anti-epileptic medication).

32.     A CT scan of Nathaniel's skull indicates that the bullet likely entered slightly right of the midline of Nathaniel's frontal bone and brain lobe in his forehead region. It apparently then traveled left, passing through Nathaniel's left frontal lobe, and exited through the left parietal bone on the side of his skull. *See* **Figure 1**. Nathaniel presented with a severe open head wound and right

frontal fracture from the bullet's entry point, which extended past the right orbit (*i.e.*, eye socket) to the right frontal sinus behind Nathaniel's eye. Nathaniel also presented with an open fracture at the left parietal region of his skull, where the bullet exited, with extruding brain tissue. This fracture extended into the left mastoid bone and middle ear, and opacification (*i.e.*, inflammation) of the mastoid air cells which fill the mastoid bone to protect the delicate structures of the ear was apparent.



**Figure 1: Bullet's entry and exit point**

33.     As the bullet traveled, it introduced multiple metallic fragments from the left frontal region of Nathaniel's brain through the right region. Present in both frontal sides of Nathaniel's skull were depressed, comminuted fractures (*i.e.*, bones broken in more than one area, displacing inward to the brain). Shrapnel from Nathaniel's skull was identified surrounding Nathaniel's left orbit subcutaneously.

34.     Bleeding was identified between every layer of membrane surrounding Nathaniel's brain. An illustration of these "meninges" is set forth in **Figure 2**, and an explanation of the bleeding within those areas follows.



**Figure 2**: Meninges (Layers) of the Brain

35.     There was marked soft tissue swelling with extensive petechial hemorrhage (*i.e.*, numerous small contusions from broken capillaries that occur in grey matter) under the cortex, which is the superficial part of the brain containing the nerve cells, in the left hemisphere. This swelling caused the effacement (*i.e.*, displaced the cerebrospinal fluid ("CSF")) of the left lateral ventricle, and also resulted in brain tissue bulging out through the left parietal fracture. Subarachnoid bleeding (*i.e.*, bleeding into the space between the arachnoid membrane below the dura mater and the pia mater above the cortex) was identified predominantly on the left side of Nathaniel's brain, and to a lesser degree on his right side. A subdural hematoma (bleeding occurring between the inner layer of the dura mater and the arachnoid) was present along the left tentorium and falx, which separate the cerebrum and cerebellum (*i.e.*, top and bottom of the brain), and the cerebral hemispheres (*i.e.*, the two sides of the brain), respectively. Accompanying this subdural hematoma was extensive pneumocephalus (air in the cranium resulting from breach of the skull).

**V.      SUMMARY OF SURGICAL CARE AT HADASSAH UNIVERSITY HOSPITAL**

36.     Nathaniel was taken to the operating room immediately following the completion of the CT scan. He was operated upon by a combined team of surgeons including plastic surgeons and neurosurgeons.

37.     Nathaniel underwent debridement of the wound; parts of fractured bone and necrotic tissue were removed under irrigation with saline. During the operation, Nathaniel bled extensively,

necessitating a transfusion of eight units of blood, eight units of FFT (fresh frozen plasma), and five units of platelets. After achieving hemostasis wherein surgeons were able to stop the bleeding, the remnants from existing periost (tissue surrounding the skull bone), fascia (a band or sheet of connective tissue beneath the skin that attaches, stabilizes, encloses, and separates muscles and other internal organs), and temporal and frontal muscles were used to cover the wound. In addition, a skin graft (partly taken from Nathaniel's lower extremity) was placed on the bullet's exit wound, which presented with more injury than the entry wound. An ICP monitor was introduced on the left side of Nathaniel's skull to monitor intracranial pressure, and a nasogastric ("NG") tube was placed for nutrition.

38.     Following this surgery, Nathaniel was transferred to the surgical intensive care unit ("ICU") and continued to be anesthetized and ventilated. He was administered the antibiotics Ceftriaxone and Flagyl as a preventative measure.

39.     On December 19, 2018, Nathaniel was transferred to the neurosurgical ICU. There he developed pneumonia, and was successfully treated with Tazocin, a Penicillin antibiotic. In the following days, Nathaniel opened his right eye spontaneously (his left eye is not reported to have opened until February 2019) and displayed motor response to localized pain, improving his GCS score to 8.

40.     On December 25, 2018, he underwent a tracheostomy to replace the intra-tracheal tube inserted through his mouth with a tracheostom placed directly into his windpipe, since prolonged ventilation was required. On the same day, surgeons implanted an inferior vena cava ("IVC") filter to prevent life-threatening pulmonary emboli from forming in Nathaniel's motionless extremities.

41.     Swelling developed at the operative site, accompanied by fever, both of which were caused by fluid collection that was identified on a subsequent CT scan. The collected fluid showed necrotic and infected tissue.

42.     On December 31, 2018, a temporary drain was inserted to relieve pressure on Nathaniel's brain and remove the infected fluid. Nathaniel was also administered the antibiotic Meropenem.

43.     A subsequent CT scan dated January 13, 2019 showed that the fluid collection had ceased. Nathaniel's drain was removed, and his NG tube for nutrition was replaced with a percutaneous endoscopic gastrostomy ("PEG") tube, which was placed directly through his abdominal wall and into his stomach for nutrition, bypassing the mouth and esophagus.

44.     Nathaniel's head wound continued to resist healing, and fluid leakage was identified from the wound on January 25, 2019. A revision of the wound in an additional operation was undertaken on January 28, 2019 because of the appearance of a left temporal lobe necrosis that was identified on the CT scan. Surgeons removed the necrotic tissue and the infected-appearing areas of the wound, and rotated the skin flap covering Nathaniel's exposed brain. CSF fluid collected from this surgery identified a fungal infection caused by a yeast called Candida.

45.     On February 4, 2019, Nathaniel was placed on Fluconazole, an antifungal medication. Under this treatment, his low blood count (secondary to infection) was normalized. A CT scan on February 11, 2019 revealed an abscess on Nathaniel's brain that surgeons were able to drain with a needle.

## VI.     SUMMARY OF CARE AT SHEBA MEDICAL CENTER

46.     On February 27, 2019, two and a half months after his attack, Nathaniel was transferred to the Head Trauma Rehabilitation Department at Sheba Medical Center. He was admitted with his PEG feeding tube, a trachestom (which was removed in June 2019) to deliver oxygen and also to suction his lungs, and a peripherally inserted central catheter ("PICC") line used to deliver medications and other treatments directly to the large central veins near Nathaniel's heart. Following an episode of abnormal gaze deviation suspected to be an indication for epilepsy, Nathaniel's anti-convulsive medication was increased to 2000 mg Keppra/day.

47.     In July 2019, Nathaniel was diagnosed as having progressed from a vegetative state, during which he displayed no signs of awareness of himself or his environment, to a minimally conscious state, characterized by some awareness.

48.     On May 13, 2020, Nathaniel underwent a cranioplasty surgery with artificial bone at Hadassah University Hospital, during which surgeons covered the missing parts of Nathaniel's skull with synthetic bone. The purpose of the surgery was to reduce the atmospheric pressure on Nathaniel's brain caused by his skull defect. That pressure causes the brain to shift from the side of the defect to the contralateral (other) side, causing headaches and other brain dysfunctions, including cognitive defects. The implanted bone appeared to fit well into the skull defect. Nathaniel was extubated, following which his left pupil enlarged and did not respond to light. Nathaniel exhibited a focal seizure (*i.e.*, a seizure starting in one side of the brain) on the right side of his brain. A CT scan revealed a mainly right-sided cerebral edema, presenting as the buildup of fluid causing enlargement of his ventricular system (*i.e.*, cavities in the brain), and causing increased ICP.

49.     Nathaniel was transferred to the neurosurgical ICU. The focal seizures continued relentlessly; for that reason he was intubated and put on a Valium drip. A cerebral angiography that was performed on May 14, 2020 disclosed a secondary brain edema to the multiple seizures. There was a slow improvement in the control of his seizures with an improvement of the brain edema, as observed on repeated CT scans. The seizures ceased after almost a week, and Nathaniel was extubated.

50.     After being extubated, Nathaniel contracted pneumonia, and was administered Tazocin. Although it was previously unknown, Nathaniel is allergic to Penicillin antibiotics, and reacted with an episode of thrombocytopenia, *i.e.*, abnormally low levels of platelets. He received three blood transfusions.[1]

---

[1]     Nathaniel had previously been treated with Tazocin with no adverse effect, as indicated earlier in this declaration, when he developed pneumonia after being transferred to the neurosurgical ICU on December 19, 2018. It is possible that a patient experiences no adverse effect to a particular medication administered the first time, but does so when administered the same drug a second time, due to the fact that he was sensitized by the drug upon the first administration (*i.e.*, the immune system was "alerted").

51.     Nathaniel was readmitted to Sheba Medical Center on June 17, 2020. On admission, he was found to be stable hemodynamically without temperature and with normal spontaneous respiration. He continued to be fed by PEG, and continued to be unable to control his sphincters. He opened his eyes spontaneously.

## VII.     NEUROLOGICAL EXAMINATION

52.     Nathaniel is currently in a state of emergence from minimal consciousness, given to fatigue from exertion easily. He exhibits bilateral spastic hemiparesis, a neuromuscular condition of spasticity that results in the muscles on both sides of the body being in a constant state of contraction, more so on the right side, although this is improving. He has significant limitation of motion in all four extremities. He is generally aprorix, meaning that he is unable to speak due to his brain injury. He continues to display significant defects in his cognition, alertness, communication, swallowing, and motion.

53.     Nathaniel exhibits minimal purposeful movements with his left upper extremity, and movements of his left hand at times enable a partial communication with him. This said, the communication can be entirely inconsequent, at times with no response at all, sometimes, with minimal understanding. It is impossible to establish a consistent and efficient communication route. He is unable to express his feelings, thoughts and wishes, although he can indicate expressions of pain.

54.     The CT scan of Nathaniel's brain performed in July 2020 reveals large areas of encephalomalacia, *i.e.*, softening or loss of brain tissue after cerebral infarction (obstruction of the blood supply to brain tissue), cerebral ischemia (a condition in which a blockage in an artery restricts the delivery of oxygen-rich blood to the brain), infection, craniocerebral trauma, and other injury. *See* **Figure 3**.



**Figure 3**: July 2020 CT scan of Nathaniel's brain. Most of the dominant (left) hemisphere is missing due to the explosive damage caused by the bullet. The left, right, and third ventricles are significantly enlarged due to abnormal buildup of CSF.

## VIII.   DISCUSSION

55.      Penetrating TBI is the most lethal form of traumatic head injury. One study assessing

the mortality rate of penetrating head injuries found that 73% of the victims died at the scene, 12%

died within 3 hours of injury, and 7% died soon thereafter, yielding a total mortality rate of 92%.[2]

Prognosis is generally poor, and for those who survive long enough to make it to the hospital,

managing a penetrating brain injury presents complex challenges to medical and surgical providers

in the civilian sector.

56.      Nathaniel's perforating traumatic brain injury – the result of high-velocity projectiles

fired at close range penetrating the skull and then exiting at a site distal (away) from the entry point

– is the most devastating of all penetrating traumatic brain injuries, and is associated with even higher

---

[2]      Siccardi D et al., *Penetrating Craniocerebral Missile Injuries in Civilians: A Retrospective Analysis of 314 Cases*, 35(6) SURG NEUROL. 455 (1991).

mortality. For those who do survive, there is a high probability for permanent neurologic dysfunction.[3]

57.     The professional medical literature emphasizes that when the velocity of the projectile exceeds 700 meters per second, such as the AK-47 Kalashnikov rifle used in this case (which has a velocity of 715 meters per second), the wounding capacity of the projectile is significantly increased, leading to more bone fragmentation of the calvarium (the upper and back portions part of the skull which form a protective case around the brain) and resulting in more severe brain damage.

58.     Such high velocity projectiles also impart energy waves which damage the brain. The ICP during the perforation of the projectile through the brain and immediately thereafter is in a wave form. Very high pressures exchange with lower pressures, and the rapid changes in ICP can cause expansion and retraction damages of the brain even in areas that are remote to the passage of the projectile. Such damage includes small and multiple hemorrhages and severe damage to the neurons. Sonic waves followed by pressure waves of as much as 30 atmospheres also produce temporary cavitation, where air bubbles form and are destroyed in the brain as a result of the high-pressure waves emanating from the projectile and reflecting off of structures inside the brain, such as blood vessels and the boundaries between tissues. Cavitation also occurs when the projectile strikes the head and transfers its kinetic energy to extra- and intra-cranial tissues, destroying the tissue both in the projectile's path as well as in distant tissues outside the projectile's trajectory. The result is a rapid rise in ICP as hematomas enlarge, and cerebral edema increases as early as 30 minutes after the initial injury.[4]

59.     Indeed, the large left sided encephalomalacia (softening or loss of brain tissue) in this case, with the disappearance of most anatomical parts of the left – dominant – hemisphere's

---

[3]     David W. Van Wyck et al., *Penetrating Traumatic Brain Injury: A Review of Current Evaluation and Management Concepts*, 6(6) J Neurol Neurophysiol 336 (2015).

[4]     *Id.*

parenchyma (brain tissue), is the outcome of such a high velocity projectile injury to Nathaniel's brain.

## IX.    LONG-TERM NEEDS

60.    Because of Nathaniel's significant neurological deficiencies, he requires full support in all of his functions including BADL.[5] He does not control his sphincters, and is unable to perform daily self-care activities, or participate in IADL.[6] He needs 24 hours of full nursing assistance, and observation day and night. Upon discharge from Sheba Medical Center, he will need an apartment specially fitted to his disabilities including transitions for a large wheelchair, and a special washing room fitted to his needs.

## X.    PROGNOSIS

61.    Most patients with such high-speed projectile injuries who survive the initial event tend to recover consciousness, but to a very limited extent — depending on how long the vegetative and minimally conscious states have lasted. Recovery from a 12-month vegetative state is unlikely if brain damage is traumatic. Even if some recovery occurs after this interval, most patients are severely disabled. Rarely, improvement occurs late; after 5 years, about 3% of patients recover the ability to communicate and comprehend, but even fewer can live independently; no patients regain normal function. Nathaniel was in a vegetative state for approximately seven months, followed by a minimally conscious state for over a year until about August of 2020, at which point he progressed to a state of some emergence. Patients who proceed to a minimally conscious state like Nathaniel did tend to recover some function but to a limited extent depending on how long the minimally conscious

---

[5]        **BADL** refers to "basic activities of daily living," and include various self-care activities such as eating, dressing, personal hygiene, and mobility in and outside the house.

[6]        **IADL** refers to "instrumental activities of daily living," and comprise those activities that allow an individual to live independently in a community, such as managing finances and transportation, shopping, and meal preparation.

state lasted. The longer it has lasted, the less chance of patients recovering higher cortical function, including attention, perception, awareness, thought, memory, or language.[7]

62.     Stoccheti, et al., in their paper from 2016 on the impact of head injury on the quality of life, found that life expectancy in severely injured patients who were unable to follow commands on admission to rehabilitation was shortened by 12.2 years. This of course does not account for life-threatening medical complications already experienced by Nathaniel such as pneumonia and infection, commonly leading to bouts of indolent and/or overwhelming sepsis necessitating repeated hospitalizations, prolonged courses of intravenous antibiotics, and prolonged exposure to inflammatory processes,[8] as well as further seizures. Nathaniel's brain injury also predisposes him to neurodegenerative diseases associated with TBI which have their own shortened mortality rates such as Parkinson's disease[9] and Alzheimer's disease.[10]

63.     Nathaniel's current neurological condition, 21 months after injury, appears to be permanent. I conclude, with a high degree of medical certainty, that his severe 100% neurological disability, which is a result of the injuries sustained in the shooting, will persist.

---

[7]     Kenneth Maiese, *Vegetative State and Minimally Conscious State*, MSD MANUAL, https://www.msdmanuals.com/professional/neurologic-disorders/coma-and-impaired-consciousness/vegetative-state-and-minimally-conscious-state (last modified June 2019).

[8]     Nino Stocchetti & Elisa R. Zanier, *Chronic Impact of Traumatic Brain Injury on Outcome and Quality of Life: A Narrative Review*, 20 CRIT CARE 148 (2016).

[9]     Raquel C. Gardner et al., *Mild TBI and Risk of Parkinson Disease: A Chronic Effects of Neurotrauma Consortium Study*, 90(20) NEUROLOGY 1771 (2018).

[10]     Jesse R. Fann et al., *Long-Term Risk of Dementia Among People with Traumatic Brain Injury in Denmark: A Population-Based Observational Cohort Study*, 5(5) LANCET PSYCHIATRY 424 (2018).

פרופ' ריכנטל אלי
ת.ד 280 עומר 84965
PROF' E. REICHENTHAL
BOX 280
OMER 84965 ISRAEL

Eli Reichenthal, M.D.

# EXHIBIT A

## CURRICULUM VITAE

Name: Eli Reichenthal, MD
Identity No.: 595763-4
Past Place of Work: Department of Neurosurgery
Soroka Medical Center Tel: 972-7-6400781

Home Address: 24 Ela Street, Omer 8496500, Israel
Tel: 972-7-6467-267

Year & Place of Birth: 1939, Haifa, Israel

I.D.F. Military Service: Served as Major, 14 years

### A.   EDUCATION

| | |
|---|---|
| 1957 | Graduated from the Hebrew Reali High School, Haifa, Israel |
| 1960-1967 | Graduated from the University of Vienna, Austria, Faculty of Medicine with M.D. |
| 1976 | Certified Neurosurgeon, Scientific Council, Israel Medical Association |

### B.   FURTHER STUDIES

| | |
|---|---|
| 1969 | Microneurosurgical course, Cantonspital Zuerich |
| 1975-1976 | Basic Science, Haifa Medical School<br>Research Subject: Experimental Epilepsy |

### C.   CLINICAL EXPERIENCE

| | |
|---|---|
| 1967-1968 | Intern, Safed Government Hospital<br>Rambam Medical Center, Haifa |
| 1968-1970 | Neurosurgical training, Department of Neurosurgery, Rambam Medical Center |
| 1970-1971 | Medical Neurology, Neurological Department Rothschild Hospital, Haifa |
| 1973-1974 | Resident in General Surgery, Mount Sinai Medical Center Miami Beach, Florida, USA |
| 1974-1975 | Senior resident in Neurological Surgery, Mount Sinai Medical Center, New York, USA |
| 1976–1983 | Senior Neurosurgeon, Department of Neurosurgery, Beilinson Medical Center, Petach-Tiqva, Israel |

1983-1984    Sabbatical, Mount Sinai Medical Center, New York. Served as Chief Resident in Neurosurgery.

1984-1985    Associate Director, Department of Neurosurgery, Mount Sinai Hospital Services, City Hospital at Elmhurst, New York

1986-1988    Director, Head Trauma Service, Beilinson Medical Center Petach-Tiqva, Israel

1988-2004    Chairman Department of Neurosurgery Soroka Medical Center, Beer Sheva, Israel.

2005-2006    Visiting Professor, Department of Neurosurgery, Stony Brook University Medical Center, New York

2009–Present Adjunct Professor at the Department of Neurosurgery, Stony Brook University Medical Center

### D.    ACADEMIC EXPERIENCE

1977    Instructor, Neurosurgery, Tel Aviv University Sackler School of Medicine

1979    Lecturer, Neurosurgery, Tel Aviv University Sackler School of Medicine

1984    Instructor, Neurosurgery, Mount Sinai School of Medicine New York City, USA

1986    Senior Lecturer, Tel Aviv University Sackler School of Medicine, Israel

1990    Associate Professor, Health Science Center, Ben-Gurion University, Beer Sheva, Israel

2001    Professor of Neurosurgery Health Science Center, Ben-Gurion University of the Negev, Beer Sheva

2005-Present  Professor Emeritus, Neurosurgery, Ben-Gurion University

2009-Present  Ph.D. in Philosophy, Ben-Gurion University

### E.    MEDICAL LICENSURE

1972    Educational Council for Foreign Medical Graduates. Examination (ECFMG ) License # 157 674 3.

1983    Federal Licensure Examination (FLEX )

1984    Licensed to practice Medicine and Surgery in the State of Maine

1984    Licensed to practice Medicine and Surgery in the State of New York

1988    Licensed to practice Medicine and Surgery in the State of Florida

2

F.   **ACADEMIC AND PROFESSIONAL AWARDS**

1978        The Leo M. Davidoff Award for research in Neurosurgery and Neurology

1979        Tel Aviv, The Bornstein Award for research in Neurology. Research subject: The Surgical Management of Epileptic Foci in the Cat

1979-1983   Ministry of Health of the State of Israel – Chief Scientist's Fund for Research in Medicine. Project's title: The Surgical Management of Chronic Epileptic Foci in the Cat and Monkey

1985        Ministry of Absorption of the State of Israel. Fund for Research in Medicine. Project's title: Acute Brain Edema and its Resolution

G.   **MEMBERSHIP IN PROFESSIONAL SOCIETIES**

1973-Present   Member of the Israel Medical Association

1976-Present   Member of the Israel Neurosurgical Society

1980-Present   Member of the International Brain Research Organization

1983-Present   Member of the Congress of Neurological Surgeons

1990-Present   Member of the Joint Section on Neurotrauma and Critical Care of the American Association of Neurological Surgeons

H.   **ADMINISTRATIVE APPOINTMENTS**

1972-1973   Israel Defense Force Medical Corps: Deputy to the Chief Medical Officer of the Northern Command

1982-1983   Secretary of the Israel Neurosurgical Society

1988-2004   Professor and Chairman, Department of Neurosurgery

1994-2000   Chairman of Division of Surgical Departments, Soroka Medical Center and Ben-Gurion University

1997-2004   Member of the advisory committee to the Ministry of Health concerning neurosurgical operations abroad

2003-2005   President of the Israeli Neurosurgical Society

I.   **RESEARCH PROJECTS**

2011        Modan, B., **Reichenthal, E.**: Cellular Telephones and its effect on the growth of brain tumors. Journal of Neurological Sciences.

### J.   GRAND ROUND PRESENTATIONS

2009-Present:   Grand Rounds Presentations at the Stony Brook School of Medicine on the following topics:

- Traumatic Brain Injuries: Chronic Subdural Hematomas
- Traumatic Brain Injuries: Brain Contusions
- Cranioplasty
- Non-typical Presentations of Brain Tumors
- Precursors of Modern Neurosurergy
- Discogenic and non-Discogenic Sciatica
- Radiation Induced Meningiomas: Clinical and Legal Aspects
- Malpractice Case Presentation
- Glioblastoma Multiforme: Clinical and Historical Aspects
- Neurosurgical Malpractice
- History of Neurosurgery
- Two-Hundred Years of the Diagnosis and Treatment of Acousticus Nerve Tumors

### K.   LIST OF PUBLICATIONS

- Knoller, N., Levi, L., Shoshan, I., **Reichenthal, E.**, Razon, N.: Dexanabinol in the treatment of severe head injuries: a randomized, placebo-controlled phase II clinical trial. Crit. Care Med. 30:548-554 (2002).
- Soreq, H., **Reichenthal, E.,** Friedman, A., The molecular biology of blood-brain barrier disruption under stress, Brain Disease, Martin Dunitz edition (chapter in book) (2002).
- Tomkins, O., Kaufer, D., Korn, A., Shelef, I., Golan, H., **Reichenthal, E.,** Soreq, H.: Frequent BBB disruption in the human cerebral cortex. Cell Molecular Neurobiology, 21:675-91 (2001).
- Biegon, A., Knoller, N., Kassem, N., Levi, L., Razon, N., **Reichenthal, E.,** Rappaport, Z., Schickler, M., Shoshan, I.: Progress in Clinical Development of Dexanabinol for Traumatic Brain Injury. Neurosurgery, Volume 49, Issue 2 (August 2001).
- Pollak, L. Klein, C., Rabey, JM, **Reichenthal, E.**: Posturally evoked vomiting without nystagmus in a patient with Arnold-Chiari Malformation. J. Neurol Neurosurgery Psychiat. 71:414-415 (2001).
- Gatot, A., Fliss, D., Zucker, G., Amir, A., Cohen, A., Liberman, A., **Reichenthal, E.**: The Subcranial Approach to the Anterior Skull Base. Preliminary Results in 75 Cases. La voie d'abord sous-crânia  Ann Otolaryngolo. Chir. Cervicofac. 117:367-373 (2000).
- Zucker, G. **Reichenthal, E.**: Supra-orbital burr-hole via a glabellar incision. A simple approach to anterior skull base. The Mount Sinai J. of Med. 67:33-335 (2000).

4

- Fliss, DM., Gatot, A., Cohen, A., Amir, A., Sagi., Rosenberg, L., Lieberman, A., Zucker, G., **Reichenthal, E.**: Early outcome and complications of the extended subcranial approach to anterior skull base. The Laryngoscope, 109:153-1690 (1999).

- Cohen, AD, **Reichenthal, E.**, Halevy, S.: Phenytoin induces severe cutaneous reactions. Isr. Med. Assoc. J. (IMAJ) 1: 95-97 (1999).

- Bodner, L., Bar-Ziv, J., **Reichenthal, E.**: Trigeminal imaging with dental CT software program. J. Oral Maxillofac. Surg., 56:545-548 (1998).

- Shapira Y., Talmor, D., Artru, AA, Gurevitch, B., Merkin, V., Katcko, L. **Reichenthal, E.**: Brain edema and neurological status with rapid infusions of 0.45% Saline or 5% Dextrose in 0,9% Saline, following closed head trauma in the rat: two hours after closed head trauma, 15 minutes after fluid treatment. Anesthesia Analgesia, 86:1225-9 (1998).

- Feldman, Z, Gurevitch, B., Artru, AA, Shapira, Y., **Reichenthal, E.**: Neurologic outcome with hemorrhagic hypotension after closed head trauma in rats: effect of early vs. delayed conservative fluid therapy. J. of Trauma, 31:1 - 6 (1997).

- Feldman, Z. Gurevitch, B., Artru, A. Oppenheim A, Sohami, E., **Reichenthal, E.**, Shapira, Y.: Effect of magnesium given 1 hour after head trauma on brain edema and neurological outcome. J. Neurosurgery 85:131-137 (1996).

- Z. Feldman, G. Zucker, A. Cohen, **E. Reichenthal**: The metabolic sequela of severe head injury. Harefuah. 128:492-495 (1995).

- Z. Feldman, Z. Zachari, E. **Reichenthal**, A. Artu, Y. Shapira: Brain edema and neurological status with rapid infusion of lactated Ringer's or 5% dextrose solution following head injury. Neurosurgery 83:1060-1066 (1995).

- A. Rubinstein, Loven D., Geier A., **E. Reichenthal**, Gadoth, N.: Hormone receptors in initially excised vs. recurrent intracranial meningiomas. J. of Neurosurgery 81:184-187 (1994).

- Z. Feldman, **E. Reichenthal**: Intracranial pressure monitoring. J. Neurosurg. 81: 329 (1994).

- **E. Reichenthal**, Z. Feldman, M.L. Cohen: Hemispheric low-grade astrocytoma. Neurochirurgica. 35: 18 - 22 (1992).

- **E. Reichenthal**, A.Rubinstein, I.Shevach, M.L.Cohen: Meningioma presenting at a site of a previously aspirated brain abscess. Acta Neurochirurgica 109:142-144 (1991).

- Z. Feldman, G. Zucker, I. Grinberg, A. Cohen, T. Yosepovich, **E. Reichenthal**: The management of severe head injuries. A report of fifty consecutive cases from the Soroka Medical Center. Harefuah: 121:8-10 (1991).

- Z. Feldman, G. Zucker, **E. Reichenthal**: Hemangiopericytoma presenting with intracranial hemorrhage. Case report and review of literature. Acta Neurochirurgica, 112:151-153 (1991).

- Z. Feldman, A.B Rubinstein, **E. Reichenthal**: A contemporary approach to the management of severe head injuries. Harefuah, 118 (March 15, 1990).

- **E. Reichenthal**, T. Kaspi: The ambivalent effect of early and late administration of mannitol in cold-induced brain edema. Acta Neurochirurgica Suppl. 51: 110-112 (1990).

- E. Shalmon, **E. Reichenthal**, T. Kaspi: Transient effect of mannitol on CBF following experimental brain injury. Acta Neurochirurgica Suppl. 51: 116-117 (1990).

- AB Rubinstein, **E. Reichenthal**, H. Borochov: Radiation-induced schwanomas. Neurosurgery, 24:929-932 (1989).

- **E. Reichenthal**, AB Rubinstein, ML Cohen: Infratentorial intratumoral hemorrhage. The Mount Sinai Journal of Medicine, 56:309-314 (1989).

- M. Schein, AB Rubinstein, **E. Reichenthal**: The association of breast carcinoma and meningioma. Surgery Gynecology & Obstetrics, 169:334-336 (1989).

- **E. Reichenthal**, P.H Hollis, GJ Senior, ML Cohen: The feasibility of low dose barbiturate administration by intracarotid infusion to achieve EEG burst suppression. Neurochirurgia, 31:50-53 (1988).

- AB Rubinstein, **E**. **Reichenthal**: Sex hormone receptors in cerebral meningiomas. Harefuah, 114:502-504 (1988).

- Z. Shapira, A. Yussim, D. Shmueli, **E. Reichenthal**: Renal retransplantation from living donors using donor specific blood transfusion. Transplantation Proceedings. 19:228. (1987).

- **E. Reichenthal**, M. Savitz, AS Rothman, S. Katz: Ruptured intracranial aneurysms as a cause for subdural hematoma. Neurochirurgia, 29:219-224 (1987).

- R.S Manor, B. Dubnov, E. Kott, R. Tadmor, **E. Reichenthal**: Presumed post-myelographic migraine-like phenomena. Neuro-ophthalmology 5:168-174 (1985).

- A. Rubinstein, **E. Reichenthal**: The blood brain barrier and its significance in lesions of the central nervous system. Harefuah 106:368-371 (1984).

- D. Yardeni, **E. Reichenthal**, MN Shalit: Neurosurgical management of single brain metastasis. Surgical Neurology 21:377-384 (1984).

- R.S Manor, E. Svetliza, **E. Reichenthal**: Ocular changes in invasive osteogenicsarcoma of the skull. Annals of Ophtalmology 16:68-74 (1984).

- A. Rubinstein, ML Cohen, MN Shalit, U. Sandbank, **E. Reichenthal**: Radiation induced meningioma a recognizable entity. J. of Neurosurgery 61:966-971 (1984).

- **E. Reichenthal**, ML Cohen, J. Israeli: Multicentric glioma of brain and spinal cord. Acta Neurochirurgica 20:422-425 (1983).

- **E. Reichenthal**, S. Hocherman: Surgical control of semichronic epileptic foci in the cat's sensory-motor cortex. Surgical Neurology 20:419-422 (1983).

- S. Hocherman, **E. Reichenthal**: Induction of semichronic epileptic foci utilizing cobalt oxide. Surgical Neurology 20:416-421 (1983).

- I. Treves, **E. Reichenthal**: Psychosurgery - past and present. Harefuah 105:8 (1983).

- S. Elias, D. Roitman, **E. Reichenthal**, Z. Laron: Epidermoid cyst as a cause for diencephalic Synd. Child's Brain 10:411-418 (1983).

- **E. Reichenthal**, ML Cohen, MN Shalit: Tuberculous brain abscess and its appearance on CT scan. J. of Neurosurgery 56:597-600 (1982).

6

- **E. Reichenthal**, M. Cohen, MN Shalit: Extraosseous extradural tuberculous granuloma of cervical region. Report of a case and review of the intraspinal granulomatous infections. Surgical Neurology 15: 178-181 (1981).

- K. Katz, **E. Reichenthal**, J. Israeli: The surgical treatment of spinal cord meningioma. Review of 44 cases. Neurochirurgica 24:21-22 (1981).

- **E. Reichenthal**, A Rubinstein: Tumors of the pineal region. Review of literature. Harefuah 100: 394 (1981).

- **E. Reichenthal**, ML Cohen, R. Manor MN Shalit: Primary osteogenic sarcoma of the sellar region. Review of literature and report of a case. J. of Neurosurgery 55: 299-302 (1981).

- S. Hocherman, **E. Reichenthal**: The surgical control of acute epileptic foci in the cat's cortex. Surgical Neurology. 13:165-171 (1980).

- **E. Reichenthal**, R. Manor MN Shalit: Pituitary apoplexy during carotid angiography. Acta Neurochirurgica 54: 251-257 (1980).

- **E. Reichenthal**, S. Hocherman: A modified approach to the treatment of focal epilepsy in the cat's cortex. Acta Neurochirurgica (Suppl) 28:554-555 (1979).

- **E. Reichenthal**, S. Hocherman: The critical epileptic area in the cat's cortex and its relation to the cortical column. EEG & Clinical Neurophysiology 47:147-152 (1979).

- F. Umansky**, E. Reichenthal**,  MN Shalit: Sensory Jacksonia seizures triggered by a frontally located meningioma. Acta Neurochirurgica 49: 61-65 (1979).

- M.N Shalit, **E. Reichenthal**: Anomalous AICA simulating an intracanalicular acoustic nerve tumor. Surgical Neurology 10:337-339 (1978).

- **E. Reichenthal**, MN Shalit: Neurosurgical management of the elderly patient. Surgical Neurology 10:153-156 (1978).

- **E. Reichenthal**, S. Hocherman: The critical cortical area for the  development of pennicilin-induced epilepsy. EEG & Clinical Neurophysiology 42:248-251 (1977).

- E**. Reichenthal**, F. Umansky, MN Shalit: Neurosurgical approach to the aged patient. Harefuah, 92: 435-437 (1977).

- J. Manelis, **E. Reichenthal**, D. Merzbach: Cryptococcus neoformans meningitis. Review of its epidemiology in Israel. Confina Neurologica 35:304-311 (1973).

- E. Bental, **E. Reichenthal**, E. Peyser: Spinal cord compression in achondrodysplastic dwarfs. Harefuah 83:360-363 (1972).

- **E. Reichenthal**, E. Peyser, J. Gruszkiewicz: Epidural hematoma: Review of 44 operative cases. Harefuah 81:536-539. (1971).

- **E. Reichenthal**:  Microneurosurgery. Harefuah 78: 197-198 (1970).

## L.    PAPERS PRESENTED AT SCIENTIFIC MEETINGS:

- **Reichenthal, E.**: Two Hundred years of Diagnosis and Management of Acousticus Nerve Tumors. The Israeli Neurosurgical Congress, Dead Sea Hotel, Israel 2009.

7

- I. Melamed, A. Friedman, **E. Reichenthal**,  A. Cohen: Intraoperative evaluation of spinal canal with flexible myeloscop in children. The International Pediatric Neurosurgical Congress. Martinique, Caribbean Islands, 2000.

- I. Melamed, A. Friedman  A. Koren, **E. Reichenthal**, A. Cohen: Visual and electrophysiological assessment during surgery in spinal cord congenial disorders. The Israeli Neurosurgical Meeting, Tiberias, 2000.

- I. Melamed, A. Cohen, A. Friedman, G. Zucker,  A. Alushin, **E. Reichenthal**: Intraoperative evaluation of the spinal canal utilizing flexible fiberscope. The tri-national meeting of the Israeli German and Finnish Neurosurgical Societies, Eilat, 1999.

- N. Knoller, L. Levi, Z. Israel, N. Razon, E**. Reichenthal**: Dexabinol phase II clinical trial in severe head trauma. The tri-national meeting of the Israeli, German and Finnish Neurosurgical Societies. Eilat 1999.

- G. Zucker, D. Fliss, A. Gatot, M. Nash, **E. Reichenthal**: The combined pterional-subcranial approach to skull base. The Tri-National meeting of the Israeli German and Finnish Neurosurgical Societies, Eilat, 1999.

- G. Zucker, A. Liberman, M. Nash, A. Amir, **E. Reichenthal**, A. Gatot: The extended subcranial approach to anterior skull base. Instruction course at the American Academy of Otolaryngology, Head and Neck Surgery. San Antonio Texas, 1998.

- N. Knoller, L. Levi, N. Razon, **E. Reichenthal**: Safety and outcome in a phase II Dexabinol clinical trial in severe head injuries. The 1998 Annual Meeting of the Congress of Neurological Surgeons. Seattle, Washington, 1998.

- G. Zucker, D. Fliss, A. Gatot, **E. Reichenthal**: Surgical approach to lesions involving the lateral medial and deep anterior skull base. The First International Interdisciplinary Congress of Craniofacial and Skull Base Surgery. Jerusalem, 1996.

- G. Zucker, D. Fliss, **E. Reichenthal**: The subcranial pterional approach to postero-midline and lateral lesions of  the anterior skull base with intracranial invasion. The First International Interdisciplinary Congress of Craniofacial and Skull Base Surgery. Jerusalem, 1996.

- G. Zucker, F. Tovi A. Gatot, D. Fliss, **E. Reichenthal**: Bone forming tumors of the skull base. The First International Interdisciplinary Congress of Craniofacial and Skull Base Surgery. Jerusalem, 1996.

- D. Fliss G. Zucker, A. Liberman, **E. Reichenthal**, A. Gatot: The extended subcranial approach to the anterior skull base. A systemic approach. The First International Interdisciplinary Congress of Craniofacial and Skull Base Surgery. Jerusalem, 1996.

- G. Zucker A. Gatot, E**. Reichenthal**: Cranial resection of osseus anterior skull base tumors. The Second International Skull Base Congress and Seventh Annual Meeting of the North American Skull Base Society. San Diego, California, July 1996.

8

- Joint Winter Meeting of the Israel-German Neurosurgical societies: **Reichenthal, E.**: Meningiomas on imaging studies surrounded by edema. Clinical surgical and prognostic considerations. Eilat, Israel, Jan. 1995.

- **E. Reichenthal**, Z. Feldman: The pathogenesis of edema sounding meningiomas. The Israel Neurosurgical Meeting, Jerusalem, 1994.

- **E. Reichenthal**, I. Shelef, A. Porath, Z. Feldman, G. Zucker: Severe Head injured patients, improved outcome. Department of Neurosurgery Soroka Med. Center. Congress of the Israeli Society of Neuroscience, Eilat, Dec. 1993.

- I. Shelef G. Zucker, A. Porat, **E. Reichenthal**: Improvement of GCS prediction of outcome. Second International Neurotrauma Symposium. Glasgow, Scotland, Abstracts, 210, 1993.

- G. Zucker, I. Shelef, A. Porat, **E. Reichenthal**: Accurate & simple prediction of outcome in severely head injured patients, combining papillary response and obliteration of basilar cisterns. 2nd International Neurotrauma Symposium, Glasgow, Scotland. Abstracts, p - 201, 1993.

- **E. Reichenthal**, G. Zucker: Severe Head Injuries, Improved outcome in a consecutive series of 152 patients. Tenth International Congress of Neurological Surgeons, Acapulco, Mexico, 1993. Mexico, Abstracts Rudeo-Franco editor. 319-320, 1993.

- **E. Reichenthal**, A. Friedman: High mental function disturbances as a first presentation of brain tumors. The second Israeli Neuroscience meeting, Eilat. Abstracts 67, 1993.

- G. Zucker, P. Shitrit, I. Shelef, Z. Feldman, **E. Reichenthal**: A simple method predicting outcome in CVA patients utilizing the GCS Congress of the Israeli Society of Neuroscience Eilat, Dec. 1993.

- **E. Reichenthal**, I. Greenberg: Psychiatric symptomatology in patients with brain tumors. The first Israeli Neuroscience Society. Eilat, Israel, Abstracts, 1992.

- E. Shalmon, **E. Reichenthal**, T. Kaspi: Transient effects of mannitol on cerebral blood  flow following experimental brain injury. Brain Edema, 1990, The 8th International Symposium, June 1990, Bern, Switzerland. Abstracts Book, H.J. Reulen Editor, 93, 1990.

- **E. Reichenthal**, T. Kaspi: The paradoxical effects of Mannitol administration on cold-induced brain edema. Brain edema, 1990. The 8th International Symposium. June 1990, Bern, Switzerland. Abstract Book, H.J. Reulen, Editor, 88, 1990.

- E. Shalmon,  **E. Reichenthal**: Severe head injuries. Is an effective management without ICP monitoring possible. A review of 46 consecutive cases. 16th Israel Surgical Association, Tel Aviv. Abstracts: 58: March 1988.

- **E. Reichenthal**, I. Shevach, T. Kaspi, Y. Bar-Ziv: The effects of mannitol administration on injured brain. 8th European Congress of Neurological Surgeons, Barcelona, Spain, Abstracts: 135, 1987.

- **E. Reichenthal**: The operative management of the Arnold-Chiari Malf. Microsurgical reconstruction of normal CSF circulation. 8th International Congress of Neurological Surgeons, Toronto, Canada, 1985.

9

- **E. Reichenthal**, S. Hocherman. D. Mordechowiz: Surgical management of chronic epileptic foci in the monkey. The Israeli Surgical Association, Beer-Sheva, 1983,    Abstracts: 333, 1983.

- A. Rubinstein, **E. Reichenthal**: Subarachnoid hemorrhage and its appearance on CT. The Israeli Surgical Association, Beer Sheva, 1983, Abstracts: 336, 1983.

- **E. Reichenthal**, A. Rubinstein: The blood brain barrier. Its disruption for the treatment of brain tumors. The Israel Surgical Association Beer Sheva, 1983.

- A. Rubinstein, **E. Reichenthal**.: SOL in the posterior fossa as a cause neurogenic hypertension. Israel Surgical Association, Beer Sheva Abstracts: 235, 1983.

- **E. Reichenthal**, S. Hocherman: The surgical control of chronic epilepstic foci in the motor cortex of the monkey. 7th European Congress of Neurosurgery. Brussels, Abstracts: 235, 1983.

- **E. Reichenthal**, D. Yardeni, MN Shalit: The Neursurgical management of a single   brain metastasis. 7th European Congress of Neurological Surgeons, Brussels, Abstracts: 179, 1983.

- **E. Reichenthal**, S. Hocherman: Experimental model for the study of epilepsy. The First Congress of IBRO, Lausanne, Switzerland, 1982. Neuroscience Abstracts, Pergamon Press, 176, 1982.

- **E. Reichenthal**, S. Hocherman: Surgical control of chronic epileptic foci in cat. 7th International Congress of Neurological Surgeons, Munich, Germany, 1981.

- **E. Reichenthal**, MN Shalit: Surgical results of lumbar discectomies. The Israel Surgical Association, Haifa, 1980.

- **E. Reichenthal**: A modified approach to the treatment of focal epilepsy in the cat. The 6th European Congress of Neurosurgery, Paris, 1979.

- **E. Reichenthal**, R. Manor: Pituitary apoplexy following angiography. The 21st International College of Surgeons, Jerusalem, 1978.

- **E. Reichenthal**, E. Peyser: Perforating craniocerebral injuries to the brain. The Israel Surgical Association, Beer Sheva, 1973.

- J. Gruszkiewicz, **E.** Reichenthal, E. Peyser: Brain abscesses in congenital heart disease. Proceedings of the Rambam Medical Center, 1972.

- **E. Reichenthal**, E. Peyser: Epidural hematoma: Review of 44 cases. The Israel Surgical Association. Haifa, 1970.

## M.   PARTICIPATION IN NATIONAL AND INTERNATIONAL NEUROSURGICAL MEETINGS

- Annual Congress of Neurological (CNS) Meeting in San Diego California, 2016

- Annual CNS Meeting in Boston Massachusetts, 2014

- Annual CNS meeting in Chicago Illinois, 2012

- Annual CNS meeting Washington D.C., 2011

- Annual CNS meeting, San Francisco, California, 2010

- Annual Conference of the Israeli Neurosurgical Society Meeting. Kfar Blum, Israel, Feb. 2005
- World Federation of Neurosurgical Societies Meeting. Lisbon, Portugal, July 2003
- European Neurosurgical Society, Winter Meeting. Budapest, Hungary, Feb. 2003
- Annual Conference of the Israeli Neurosurgical Society Meeting, Mizpe Ramon, Israel. Jan. 2003.