UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-----------------------------------------------------x
NATHANIEL FELBER, et al.        :
                                    :       **Civil Action No. 19-cv-1027 (ABJ)**
                 Plaintiffs,   :
                                      :
           -against-        :
                                      :
ISLAMIC REPUBLIC OF IRAN,    :
                                      :
                 Defendant.   :
-----------------------------------------------------x

## DECLARATION OF HAROLD WEINGARDEN, M.D.

     I, Harold Weingarden, M.D., in Ra'anana, Israel, declare under the laws of perjury of the United States that the following is true and correct:

**I.      BIOGRAPHY**

     1.     I am a Medical Doctor specializing in Physical Medicine and Rehabilitation. A copy of my curriculum vitae is attached as **Exhibit A**.

     2.     I received my M.D. from Wayne State University in Detroit, Michigan in 1974. I completed a residency in Physical Medicine and Rehabilitation at The Ohio State University in 1977, and received specialty certification by the American Board of Physical Medicine and Rehabilitation in 1978.

     3.     I was in private practice as a member of the Rehabilitation Medical Group of Santa Barbara, in Santa Barbara, California from 1977-1991, and during that time was a director of various services at the Rehabilitation Institute at Santa Barbara.

     4.     I moved to Israel in 1991. Since 1993, I have been a Senior Staff Physician in the Department of Neurological Rehabilitation, Chaim Sheba Medical Center at Tel Hashomer, Ramat Gan, Israel ("Sheba Medical Center"). Between 2001-2017, I was also

the Director of the Day Rehabilitation Hospital in the Department of Neurological Rehabilitation.

5.     I have extensive experience treating individuals who have suffered traumatic brain injuries ("TBIs") both during inpatient rehabilitation, as well as during extended outpatient rehabilitation.

## II.     SCOPE OF WORK

6.     I was asked by Plaintiffs' counsel to evaluate the nature and scope of physical injuries suffered by Nathaniel Felber as a result of the December 13, 2018 terrorist attack.

7.     I am a consultant to the Head Trauma Rehabilitation Department where Nathaniel is currently being treated, and have provided the rehabilitation department medical direction for some of their patients following inpatient hospital discharge. I visited Nathaniel once while he was in the neurosurgical ICU in Hadassah University Hospital. I have subsequently visited Nathaniel during the course of his hospitalization in the rehabilitation department.

8.     The substance of this declaration is derived from a review of: the Hadassah University Hospital discharge summaries dated February 17, 2019 and June 19, 2020; the Percutaneous Endoscopic Gastrostomy ("PEG") Insertion report dated January 16, 2019; the Neuro-Ophthalmology report dated June 8, 2020; and the medical information in Nathaniel's Sheba Medical Center medical chart. I communicate in English as a native speaker and I am proficient in Hebrew.

2

### III.     SUMMARY OF CARE AT HADASSAH UNIVERSITY HOSPITAL

9.     On December 13, 2018, Nathaniel suffered a gunshot wound to his head in a terrorist attack. Paramedics found him unconscious with a bleeding open wound and his brain exposed. Judi Felber, the patient's mother, told me that she was informed that the paramedics had initially treated Nathaniel as if he did not survive the attack, but subsequently found him to have a pulse. He was intubated while being transported to Hadassah University Hospital. His initial Glasgow Coma Scale score was the worst possible score of 3, *i.e.*, no eye opening, no verbal response, no motor response. His left pupil was dilated and non-responsive. He was noted to have partial facial movements and presence of gag and cranial reflexes.

10.     The following is the report of his initial brain CT scan on the day of admission:

> Severe open head wound from gunshot manifested by multiple metallic fragments introduced from the left frontal region through the right frontal region, as well as shrapnel anterior to the frontal bone. Comminuted[1] depressed frontal fractures bilaterally. The right frontal fracture extends into the right frontal sinus, and to the roof of the right orbit. Fractures extending into the mastoid bone and middle ear on the left side with opacification of the mastoid air cells. Marked soft tissue swelling with extensive petechial bleeding in the left hemisphere leading to effacement of the left lateral ventricle, as well as bulging of brain tissue through the open comminuted left frontal fracture. Subarachnoid bleeding predominantly in the left side, to a lesser extent on the right side as well. Subdural hematoma along the left tentorium and falx. Extensive pneumocephalus noted bilaterally. Shrapnel noted subcutaneously around the left orbit. The angiograms of aorta, carotids and vertebrals are within normal limits. Circle of Willis is within normal limits.

11.     Nathaniel received initial treatment with Mannitol to reduce brain edema and a loading dose (an initial higher dose of a drug given at the beginning of a course of

---

[1]     A comminuted fracture is a type of fracture in which the bone has been crushed or broken into smaller splints.

treatment) of Keppra to counter seizures. He then underwent emergency surgery for debridement of bone fragments from the brain, and irrigation of shrapnel fragments and blood. A parenchymal intracranial pressure monitor ("ICP") to sense the pressure in Nathaniel's skull was placed on the left side of his skull. Wound closure was accomplished with a skin flap over the open cranial defect, completed with a split thickness skin graft from his leg to the scalp.

12.     During the surgical procedure, Nathaniel was noted to have massive persistent bleeding felt to be consistent with disseminated intravascular coagulation ("DIC"), which manifests as abnormally overreactive blood clotting throughout the body's blood vessels, caused by infection or injury. Nathaniel received 8 units of fresh frozen plasma, 8 units of whole blood, and 5 units of platelets.

13.     Following the surgery, Nathaniel was transferred to the intensive care unit ("ICU"). He remained on mechanical ventilation and drug-induced coma, and received ceftriaxone and metronidazole antibiotic coverage for brain gunshot wounds.

14.     On December 19, 2018, Nathaniel was moved to the neurosurgical ICU.  He completed the 14-day course of antibiotic coverage for the gunshot wound as per protocol, and was also started on Tazocin antibiotic treatment for pneumonia. He underwent a tracheostomy with placement of a tracheal cannula and removal of the endotracheal tube. As prophylactic anticoagulation (blood clot prevention) via medication was contraindicated, on December 25, 2018, Nathaniel underwent placement of an inferior vena cava filter for the prevention of pulmonary emboli secondary to his bedridden status.

15.     Nathaniel had fever and swelling on the left side of his head, prompting a CT scan, which reflected the presence of a fluid collection. A specimen of the fluid was

obtained, cultured, and showed growth of the bacteria Enterobacter cloacae. On December 31, 2018, a surgical drain was placed in the fluid collection with drainage of necrotic fluid. Culture of the fluid again showed growth of Enterobacter cloacae. A peripherally inserted central catheter ("PICC") line was placed to deliver antibiotics, the necrotic area of the skin flap was closed, and he was started on a 42-day course of Meropenem antibiotic treatment. The swelling on the left side of the head resolved. On January 13, 2019, the drain was removed following a CT scan showing that there was no longer a fluid collection under the skin flap. On January 15, 2019, he underwent insertion of a PEG tube for nutrition, placed into Nathaniel's stomach through his abdominal wall.

16.     Nathaniel's skin flap again showed signs of local necrosis, and he underwent surgical revision and closure of the temporal area of the wound by plastic surgery on January 28, 2019. As culture was positive for Candida, he was started on Fluconazole, an antifungal medication. During the treatment for Candida along with the antibiotic treatment, his systemic signs and blood count improved to normal. On January 31, 2019, the drain was removed. During this course of time he went through weaning from assisted ventilation. He also had spontaneous opening of his eyes and started to respond to painful stimuli. On February 18, 2019, he was discharged from the neurosurgery ICU, and moved to the neurosurgery ward.

17.     While on the neurosurgery ward, Nathaniel again had fever. Cultures, including lumbar puncture, did not yield abnormal findings. He was treated empirically for pneumonia with Fortum, with resolution of the symptoms and signs of infection.

## IV.    SUMMARY OF CARE AT SHEBA MEDICAL CENTER

18.    On February 27, 2019, Nathaniel was transferred to the Head Trauma Rehabilitation Department at the Sheba Medical Center. At the time of his admission, he was described as being in a state of "unresponsive wakefulness," having opening of the right eye without purposeful gaze, limb spasticity with no purposeful movement in any of the four limbs, and no evidence of comprehension or ability to communicate. He was fed via the PEG tube, and was breathing via the tracheostomy cannula. He had no control of his urinary bladder or anal sphincter. He was totally dependent on others for all of his self-care and movement. His mobility out of bed was limited to being passively seated in a supportive reclining wheelchair.

19.    Nathaniel had fever with elevated heart rate following admission, with no laboratory findings indicative of infection, and thus treated as having a central nervous system-mediated fever. He had an episode of a suspected seizure when his eyes were deviated with jitter movements, and the dosage of Keppra was increased. An electroencephalogram ("EEG," used to find problems related to electrical activity of the brain) on March 4, 2019 showed no epileptiform activity and focal slowing in the left hemisphere.

20.    On March 5, 2019, Nathaniel underwent functional endoscopic evaluation of swallowing ("FEES")[2] with visualization of the vocal cords, larynx and upper trachea. He was found to have open vocal cords, stasis of saliva with some aspiration of saliva, and impaired sensation in the throat. He had an 80% suprastomal occlusion due to granulation

---

[2]    FEES allows physicians to directly examine motor and sensory functions of swallowing so that proper treatment can be given to patients with swallowing difficulties to decrease their risk of aspiration and choking.

tissue. (The airway above the tracheostomy is the suprastomal airway, which was obstructed by granulation tissue, *i.e.*, vascularized connective tissue that usually develops as a response to tissue injury. In this case, that tissue injury was likely due to Nathaniel's initial intubation. Having this obstruction due to the granulation tissue would have been a major concern if Nathaniel did not have the tracheostomy.) A follow-up exam on April 11, 2019, showed minimal motion of the right vocal cord, continued lack of sensation, and lessening of the granulation tissue to 30% occlusion. In May 2019, the tracheal tube was plugged (to encourage independent breathing and exercise of vocal cords), and on the FEES exam there was slight movement of the right vocal cord. On the FEES exam conducted on June 18, 2019, granulation tissue was no longer present, there was throat sensation present, and no aspiration of saliva was noted. On June 25, 2019, the tracheal tube was removed, and the stoma (opening) was covered with Granuflex dressing. The stoma failed to heal independently and was still present until the surgical closure in March 2020.

21.     A rehabilitation program was initiated following Nathaniel's admission on February 27, 2019 that included physical, occupational and speech therapy. He showed increased level of alertness and the beginning of spontaneous and purposeful movement of the left upper limb, and to a lesser degree in the left lower limb. Movements of the left hand and limb to verbal requests improved, although this was not consistent, depending on his level of attention. Nathaniel also began to have purposeful gaze, again dependent on his level of alertness. He had poor control of head and neck posture, with the head generally rotated to the left with the neck flexed. Range of motion of the limbs was maintained, but he continued to have spasticity of the right upper and both lower limbs. He had bruxism

(excessive teeth grinding or jaw clenching, associated with TBI) with biting of his lower lip. He was seen in oral surgery consultation, and was fitted with a protective intra-oral mandibular bite plate.

22.     Nathaniel continued to receive PEG tube feedings.

23.     On June 11, 2019, he was started on Ritalin as a stimulant to increase his level of alertness. He did not show swallowing reflexes or response to swallow training.

24.     On June 18, 2019, Nathaniel returned to Hadassah University Hospital for re-evaluation of the skin flap closure of the craniectomy, as there was concern of possible wound infection and separation. He remained overnight in the neurosurgery department. Following combined neurosurgery and plastic surgery assessment, it was decided that no further surgical intervention was needed. He returned to the rehabilitation program with a recommendation for continued conservative treatment to the area with topical Bacitracin ointment.

25.     The rehabilitation program resumed. Ritalin dosage was gradually increased with an apparent improvement in his level of alertness for part of the day. In speech therapy he showed better eye contact during treatment sessions. He would follow simple directions and could answer most biographical questions correctly. He was able to correctly choose antonyms and pick out a named person in family photos. There was a single occurrence of spontaneous audible vocalization, but there was no progress in lip movement or ability to blow out a candle. He was inconsistent in matching printed words to pictures, and he was unable to write. Efforts at swallow training continued, but without progress to stimulation techniques. Spontaneous swallow usually was not observed, and he would not swallow on request.

26.     On August 14, 2019, an echocardiogram was done, with normal findings for cardiac function.

27.     On October 7, 2019, Nathaniel returned to Hadassah University Hospital for debridement and closure of the still incomplete healing of the skin flap at the surgical site. Culture of the tissue removed at surgery showed growth of resistant bacteria Pseudomonas aeruginosa, and he was started on antibiotic treatment with Amikacin and Ceftazidime.

28.     Nathaniel returned to the Sheba Medical Center on October 10, 2019, resuming all aspects of the rehabilitation program. Because of concern that Ritalin was causing increased spasticity, the dosage was lowered and discontinued, and he was started on amantadine, used to treat fatigue in patients with multiple sclerosis by increasing the amounts of dopamine in the body.

29.     Following a month-long trial on amantadine, it was decided that Nathaniel was more alert with the Ritalin. On November 19, 2019, he was restarted on Ritalin. A physical therapy note of November 25, 2019 mentioned improved sitting balance and continued treatment on the tilt table, used to supplement the movement of bedridden patients who cannot stand upright on their own or with human support. An occupational therapy note that day also indicated increased level of alertness. Speech therapy reported no change in swallow status.

30.     Due to episodes of recurrent abdominal pain, Nathaniel underwent an abdominal ultrasound exam on November 28, 2019 that did not show abnormal findings.

31.     On December 9, 2019, a scalp tissue expander was implanted as the initial step towards planned cranioplasty. Weekly injections to slowly fill and expand the

expander were carried out in the plastic surgery department at Sheba Medical Center. Because the stretching of the skin caused pain, Nathaniel had increased spasticity and heart rate, and low-grade fever that responded to treatment with dipyrone, a non-narcotic analgesic. He also had recurring pain in the left ear with similar bodily responses.

32.     Due to lack of closure of the tracheostomy, on March 15, 2020, Nathaniel underwent surgical closure of the stoma. Due to bleeding at the site, the wound was re-explored on the same day, with hemostasis and complete closure obtained.

33.     On March 26, 2020, Nathaniel had a swallow reflex response to taste stimulation. On March 30, 2020, he drew a circle on request in occupational therapy. During the month of April, he became more consistent in using finger gestures as well as using head motions for yes and no. He had spontaneous isolated movements of the left upper limb without spasticity.  He showed purposeful movements at the right shoulder and right lower limb. He was able to order cards by number and by color. He was able to hold his head up for 20 seconds on request.

34.     On April 30, 2020, Nathaniel was noted to have improved spontaneous swallow of saliva with less drooling and was generally more alert. All of the gains remained dependent on his level of alertness, which continued to be variable.

35.     On May 5, 2020, Nathaniel was able to practice playing several notes on a keyboard.

36.     On May 10, 2020, Nathaniel returned to Hadassah University Hospital for the cranioplasty procedure and removal of the tissue expander. He underwent the procedure on May 13, 2020. The postoperative course was marked by focal epileptic seizures that could not be controlled, despite the addition of anti-seizure medications. A CT scan showed

brain edema which was felt to be secondary to the continuing seizures. Treatment included a drug-induced coma along with anticonvulsants and continued intubation and mechanical ventilation. The seizures were brought under control and he was extubated on May 19, 2020. Nathaniel was treated for pneumonia with Tazocin and developed thrombocytopenia, a condition characterized by abnormally low levels of platelets, due to his previously unknown allergy to Tazocin. Nathaniel required transfusion of platelets and discontinuance of Tazocin.

37.    On June 8, 2020, Nathaniel was seen in the Neuro-Ophthalmology Department. On examination, he was found to be able to follow a slow-moving object in the horizontal plane, but not in the vertical plane. He had optokinetic nystagmus in both eyes, defined by a slow eye movement in the direction of a moving object and a rapid return of eye position in the opposite direction. He had a preference for left gaze, and he has exotropia, an eye misalignment where the eyes turn outward. The left eye pupil is fixed and dilated, and the right barely reacts to light. The impression was that he had a partial third nerve palsy on the left with the associated exotropia.

38.    Nathaniel returned to the Sheba Medical Center on June 17, 2020. Following the return to the rehabilitation program, he initially had a lower level of alertness, but then again began to show further progress. He was seen in the dental clinic and it was noted that he no longer required the bite plate and that he needed to undergo dental hygienist scaling and cleaning. The dental hygienist cleaning was successfully done without the need for general anesthesia.

39.    In occupational therapy Nathaniel is described as spontaneously paying more attention to the right side. He will at times spontaneously use a hand wave for hello.

He is able to sort cards to two levels of criteria, numbers and colors. Those who see him regularly are able to recognize when Nathaniel is in pain by a change in his facial expression or body posture, which is a potential indicator that he is uncomfortable physically. Further questioning will usually lead to a fairly reliable localization of the pain. He does not express emotion in a manner that the objective observer would be able to identify.

40.     Nathaniel is now able to be transferred from wheelchair to bed with maximal assistance of two people, rather than using a mechanical lift. Supine to sit and bed mobility requires maximal assistance of one person. Turns on the therapy treatment mat require moderate assistance, and he is assisted for balance and trunk control in unsupported sitting. Continued physical therapy goals include fitting with a non-reclining wheelchair, supervised unsupported sitting without physical assistance for 30 seconds, and improved head control.

41.     In the swallowing training, Nathaniel is at times successful in bringing a spoon to his mouth with mild guidance. Tactile stimulation is at times helpful in obtaining mouth opening. Thermal and taste stimulation help elicit lip movement and "munching" movements which at times activate the swallow reflex. Swallow function still is variable between treatments. Spontaneous swallow of saliva is intermittent. Further speech therapy goals include: establishing clear yes/no responses with hand movement or head nod, and to use the responses in active communication; consistent responses in identifying objects, pictures of people, words and numbers; improving mouth opening for use of teaspoon; and consistent swallow and reduced drooling.

42. Nathaniel was seen in follow-up in Hadassah University Hospital neurosurgery and plastic surgery outpatient clinics on August 11, 2020. The skin of his scalp is fully healed, with no sign of infection. There is consideration of future plastic surgery for a skin flap rotation to restore hair coverage. Neurosurgery noted excellent fit of the prosthetic bone graft in the craniectomy site, and recommended further follow-up in their clinic with a new CT scan in three months.

## V.    CURRENT MEDICATIONS

43. Nathaniel is currently taking the following medications to treat the injuries caused by the attack:

- Bekunis (sennosides) 2 tablets q.d. – stimulant laxative
- Cipralex (escitalopram) 15mg q.d. – antidepressant, anxiolytic
- Clexane (enoxaparin sodium) 40mg subq q.d. – anticoagulation
- Clonex (clonazepam) 0.75mg b.i.d. & 1.5mg qhs – sedative/ anxiolytic, anticonvulsant
- Dantrium 25mg b.i.d. – treatment of spasticity
- Ritalin 10mg q.d. – stimulant
- Baclosal (baclofen) 35mg t.i.d. – treatment of spasticity
- Vimpat (lacosamide) 200mg b.i.d. – anticonvulsant
- Normolax (polyethylene glycol powder) 17gm qod – osmotic laxative
- Losec (omeprazole) 20mg bid for gastritis/gastro-esophageal reflux
- Synthomycine ointment 3% (chloramphenicol) b.i.d. – antibiotic eye ointment
- Lyteers eye drops
- DermaCombin cream – corticosteroid for skin conditions
- Tube feedings: liquid nutrition 250cc q.i.d. and water 400cc q.i.d.

## VI.    PRESENT LEVEL OF FUNCTIONING IN ACTIVITIES OF DAILY LIFE

44. Nathaniel is totally dependent on others for: PEG tube feedings and fluids, bathing, hygiene, management of urination and bowel movements, transfers in bathroom and to shower, grooming, upper and lower body dressing, bed to chair transfers, car transfers, wheelchair mobility, community mobility, and bed mobility.

45.     He does not have a consistent effective swallow, and does not have control of his saliva.

46.     When alert, Nathaniel is able to respond to simple questions with gestures for yes/no with a fair level of consistency. When his level of alertness is decreased, his responses are not present or reliable. He is unable to vocalize or use a communication device to ask for assistance. He is unable to read or write.

## VII.    GENERAL NEUROLOGICAL FUNCTION

47.     Nathaniel is in a state of emergence from minimal consciousness, and exhibits a depressed level of alertness which improved with stimulant medication. There is no active seizure disorder; he continues to receive anti-convulsant medication. Nathaniel's eye movements are impaired: his left eye is abducted (the pupil is shifted away from the nose), and his right eye has motion from left lateral gaze to midline. Nathaniel has awareness of his right visual field. Per my observations, his head control when sitting in the tilt wheelchair continues to improve, although he does fatigue easily. Nathaniel responds to his mother reminding him to hold his head up.

## VIII.   PROGNOSIS

48.     Nathaniel is now 21 months post injury. Since he was injured, he continues to show slow progress in essentially all areas of his treatment. Continued TBI-specialized integrated therapy services and full scale of rehabilitation medical management will remain available to him.

49.     While Nathaniel will most likely need to continue to receive nutrition by means of the PEG in the foreseeable future, it is possible that he may at some point in the future be able to intake nutrition orally.

14

50.     Nathaniel has not yet achieved production of voice with any regularity. Laryngoscopy in May 2019 showed that the vocal cords were in a good position, with slight motion of the right vocal cord. He also has inconsistent movement of his lips and mouth. It appears most likely that he has an apraxia speech disorder, caused by damage to the parts of the brain which control speech. The likelihood of developing functional speech, even in a matter of years, is very low (but not impossible).

51.     Similarly, Nathaniel will continue to be wheelchair-bound. At the current time, he still requires a wheelchair with a reclining supportive back. If Nathaniel continues to progress with more trunk and head control, he should be able to progress to a point where he can be transported in a standard wheelchair, but he will still need to have the availability of a reclining wheelchair for times when he is fatigued. He does have voluntary motion in the lower limbs and should continue to work on standing as well as exercises to strengthen the movements. He will need continued monitoring and treatment for spasticity.

### IX.     POTENTIAL COMPLICATIONS

52.     Nathaniel is at increased risk for aspiration, pneumonia, seizures, pressure sores, urinary tract infection and secondary kidney complications due to incontinence.  He is also receiving prophylactic anticoagulation, which increases the risk for spontaneous bleeding. He will require full-time care givers and close medical follow-up to decrease the risk and danger of complications.

### X.     FUTURE SURGERIES AND PROCEDURES

53.     The possibility of additional plastic surgery was noted in Nathaniel's last check-up at Hadassah University Hospital. Other interventions will include follow-up CT scans, FEES exams, regular laboratory studies and potential intervention for spasticity,

such as Botox injections. He will continue to receive multi-disciplinary rehabilitation treatment.

## XI.    REQUIREMENTS FOR LIVING

54.    Nathaniel will need a wheelchair-accessible apartment/house with 24-hour caregivers. His equipment needs will include a standard and reclining/tilt wheelchair, wheelchair tabletop, wheelchair cushion, mechanical lift, hospital bed, bathroom equipment for toileting and shower as appropriate for the layout, and an Easy Stand standing frame.

55.    Nathaniel will likely need two caregivers for showers for the remainder of his life. He will also need access to a vehicle that can transport him in his wheelchair. This is particularly important because Nathaniel will likely travel routinely to a rehabilitation center 3-5 times per week.

## XII.   LIFE EXPECTANCY

56.    In a large study of long-term TBI survivors published in 2015 by Brooks, et al., the duration of survival was strongly influenced by the degree of functional impairment. According to their data, a 20 year old male who suffered a TBI and who does not walk and is fed by others would be expected to live an additional 25 years, as compared to 56.6 years for a 20 year old male in the general population.[3] This figure is

---

[3]    Jordan C. Brooks et al., *Long-Term Survival After Traumatic Brain Injury (Part II: Life Expectancy)*, 96 ARCH. PHYS. MED. REHABIL. 1000, 1001–02 (2015).

aggravated by his COVID-19 diagnosis of September 12, 2020, which may cause

infection and resultant significant deterioration which may be irreversible.

Dated: _September 30, 2020_  Harold Weingarden MD

Harold Weingarden, M.D.

# EXHIBIT A

**CURRICULUM VITAE**
**Harold P. Weingarden, M. D.**

## GENERAL

| | |
|---|---|
| Home Address: | Tsipman 10, Raanana, 43220   ISRAEL |
| Home Telephone: | 972 (0)9 743 0966 |
| | 248 721-4439 (VOIP) |
| E-mail: | hweinga@gmail.com |
| | harold.weingarden@sheba.health.gov.il |
| Date of Birth: | October 25, 1950 |
| Place of Birth: | Detroit, Michigan |

## EDUCATION

| | |
|---|---|
| College: | Wayne State University 1967-70 |
| | B.A. Economics, 1971 - Phi Beta Kappa |
| | Wayne State University School of Medicine 1970-74, M.D. 1974 |
| Internship: | Mt. Carmel Medical Center,  Columbus, Ohio |
| | January 1, 1975 - June 30, 1975 |
| Residency: | Physical Medicine and Rehabilitation, Department of |
| | Physical Medicine, Ohio State University Hospitals |
| | May 1, 1974 - April 30, 1977 |

## APPOINTMENTS

Senior Physician, Department of Neurologic Rehabilitation, Sheba Medical Center, Tel-Hashomer, Ramat Gan, ISRAEL.  1993 - present .

Director, Day Rehabilitation Hospital, Department of Neurologic Rehabilitation, Sheba Medical Center, Tel-Hashomer, Ramat Gan, ISRAEL.  2001 - 2017.

Clinical Instructor, Department of Rehabilitation Medicine, Sackler School of Medicine, Tel Aviv University, Tel Aviv, ISRAEL. 1996 - 2017.

Medical Director, Pain Rehabilitation Services  1987 - 1991. The Rehabilitation Institute at Santa Barbara (RISB)

Director of Electrodiagnosis, RISB - July, 1977 - June 1991.

Director of Clinical Services, RISB - June, 1977 - September, 1987.

Chief Resident, Department of Physical Medicine   1976 - 1977. Ohio State University Hospitals

Clinical Instructor - 1974-1977. Ohio State University School of Medicine

## BOARD CERTIFICATION

American Board of Physical Medicine and Rehabilitation
Part I - May, 1977; Part II - June, 1978
American Board of Electrodiagnostic Medicine  - May, 1978

## PUBLICATIONS

Feasibility of, Adherence to, and Satisfaction With Video Game Versus Traditional
Self-Training of the Upper Extremity in People With Chronic Stroke: A Pilot
Randomized Controlled Trial.
Yacoby A, Zeilig G, Weingarden H, Weiss R, Rand D.
Am J Occup Ther. 2019 Jan/Feb;73(1): 1-14.

Game analysis and clinical use of the Xbox-Kinect for stroke rehabilitation.
Givon Schaham N, Zeilig G, Weingarden H, Rand D.
Int J Rehabil Res. 2018 Dec;41(4):323-330.

Executive functioning and daily living of individuals with chronic stroke:
measurement and implications.
Lipskaya-Velikovsky L, Zeilig G, Weingarden H, Rozental-Iluz C, Rand D.
Int J Rehabil Res. 2018 Jun;41(2):122-127.

Self-training to improve UE function at the chronic stage post-stroke: a pilot
randomized controlled trial.
Rand D, Weingarden H, Weiss R, Yacoby A, Reif S, Malka R, Shiller DA, Zeilig G.
Disabil Rehabil. 2017 Jul;39(15):1541-1548.

Improving executive function deficits by playing interactive video-games: secondary
analysis of a randomized controlled trial for individuals with chronic stroke.
Rozental-Iluz C, Zeilig G, Weingarden H, Rand D.
Eur J Phys Rehabil Med. 2016 Aug;52(4):508-15.

Effectiveness of multi-disciplinary rehabilitation for patients with Neuromyelitis
Optica.
Nechemia Y, Moreh E, Weingarden H, Bloch A, Givon U, Vaknin-Dembinsky A,
Schwartz I, Meiner Z, Zeilig G.
J Spinal Cord Med. 2016 May;39(3):311-6.

Video-games used in a group setting is feasible and effective to improve indicators of
physical activity in individuals with chronic stroke: a randomized controlled trial.
Givon N, Zeilig G, Weingarden H, Rand D.
Clin Rehabil. 2016 Apr;30(4):383-92.

Eliciting upper extremity purposeful movements using video games: a comparison
with traditional therapy for stroke rehabilitation.
Rand D, Givon N, Weingarden H, Nota A, Zeilig G.
Neurorehabil Neural Repair. 2014 Oct;28(8):733-9.

2

Hemiplegic shoulder pain: evidence of a neuropathic origin.
Zeilig G, Rivel M, Weingarden H, Gaidoukov E, Defrin R.
Pain. 2013 Feb;154(2):263-71.

Levin MF, Snir O, Liebermann DG, Weingarden H, Weiss PL
Virtual reality versus conventional treatment of reaching ability in chronic stroke.
Neurol Ther (2012) 1:3, Published online 24 August 2012.

Zeilig G, Weingarden H, Zwecker M, Dudkiewicz I, Bloch A, Esquenazi A.
Safety and tolerance of the ReWalk™ exoskeleton suit for ambulation by people with
complete spinal cord injury: a pilot study.
J Spinal Cord Med. 2012 Mar;35(2):96-101. Epub 2012 Feb 7.

Zeilig G, Weingarden H, Shemesh Y, Herman A, Heim M, Zeweker M, Dudkiewicz
I. Functional and environmental factors affecting work status in individuals with
longstanding poliomyelitis.
J Spinal Cord Med. 2012;35(1):22-7.

Zeilig G, Weingarden HP, Zwecker M, Rubin-Asher D, Ratner A, Ohry A.
 Civilian spinal cord injuries due to terror explosions.
Spinal Cord. 2010 Nov;48(11):814-8. Epub 2010 Mar 23.

Zellig G, Zwecker M, Weingarden H, Wolf M.
Heterotopic ossification of the vocal cords after spinal cord injury.
J Spinal Cord Med. 2007;30(5):518-20.

Ring H, Weingarden H.
Neuromodulation by functional electrical stimulation (FES) of limb paralysis after
stroke.
Acta Neurochir Suppl. 2007;97(Pt 1):375-80. Review.

Defrin R, Peleg S, Weingarden H, Heruti R, Urca G.  Differential effect of supraspinal
modulation on the nociceptive withdrawal reflex and pain sensation.
Clin Neurophysiol 2007:118 427-437.

Weingarden H, Ring H. Functional electrical stimulation induced neural changes and
recovery after stroke.
Europa Medicophys 2006:42(02):87-90.

Zeilig G, Weingarden HP, Levy R, Peer I, Ohry A, Blumen N.  Heterotopic
ossification in Guillain-Barré syndrome: incidence and effects on functional outcome
with long-term follow-up.
Arch Phys Med Rehabil. 2006 Jan;87(1):92-5.

Kizony R, Raz L, Katz N, Weingarden H, Weiss PL. Video-capture virtual reality
system for patients with paraplegic spinal cord injury.
J Rehabil Res Dev. 2005 Sep-Oct;42(5):595-608.

Rubin-Asher D, Zeilig G, Klieger M, Adunsky A, Weingarden H. Dermatological
findings following acute traumatic spinal cord injury.
Spinal Cord. 2005 Mar;43(3):175-8.

Zeilig G, Weingarden H, Laufer R, Brezner A, Navon M. Terror and rehabilitation of two family members with spinal cord injury.
Isr Med Assoc J. 2002 Jul;4(7):563.

Heruti RJ, Reznik J, Adunski A, Levy A, Weingarden H, Ohry A. Conversion motor paralysis disorder: analysis of 34 consecutive referrals.
Spinal Cord. 2002 Jul;40(7):335-40.

Zeilig G, Dolev M, Weingarden H, Blumen N, Shemesh Y, Ohry A:  Long-term morbidity and mortality after spinal cord injury: 50 year follow-up.
Spinal Cord, 38:563-566, 2000.

Weingarden, H.P.,  Zelig, G., Heruti, R., Shemesh, Y., Ohry, A., Dar, A., Katz, D., Nathan, R., Smith, A.:  Hybrid FES-orthosis system for the upper limb – effects on spasticity in chronic stable hemiplegia.
American Journal of Physical Medicine & Rehabilitation, 77:276-281, 1998.

Alon, G., Dar, A., Katz, D., Weingarden, H., Nathan, R.:  Efficacy of a hybrid upper limb neuromuscular stimulation system in lessening selected impairments and dysfunctions consequent to cerebral damage.
Journal of Neurological Rehabilitation, 12(2)73-80; 1998.

Ohry, A., Weingarden, H., Kiwerski, J., Otom, A., El-Masry, W.S., Kovinda, A., Biering-Sorenson, F.:  Clinical case of the month. Spinal injury rehabilitation complicated by pycho-social problems.
Spinal Cord, 36:262-265; 1998.

Ohry, A., Weingarden, H.:  Editorial – Chaos in rehabilitation.
European Journal of Physical Medicine & Rehabilitation, 8(2):33-34; May 1998.

Ring, H., Weingarden, H.:  Rehabilitation in the Mediterranean Basin – Towards the next millenium.
Disability and Rehabilitation, 19(9):359-360; Sept 1997.

Weingarden, H.P., Kizony, R., Nathan, R., Ohry, A., Levy, H.:
Upper limb functional electrical stimulation for walker ambulation in hemiplegia, a case report;
American Journal of Physical Medicine & Rehabilitation, 76:63-67; Jan- Feb 1997.

Ohry, A., Weingarden, H., Zeilig, G.
Peculiar Methods to Relieve Pain and Spasticity
Pain Management and Research; 1:1:14; Spring 1996.

Weingarden, H.P., Nathan, R.H., Kizony, R., Shadur, Y., Levy, H. Therapeutic Results of a Non-Invasive Upper Limb FES System in CVA
Proc 2nd Int FES Symposium, Sendai, Japan, 142-5, Oct. 1995.

Nathan, R.H., Weingarden, H.P., Tsur, A., Ohry, A., Levy, H.
Hand Function Achieved with a Surface Electrode Functional Electrical Stimulation System in Patients with C5-C6 Quadriplegia (abs),
Arch Phys Med Rehabil 75:1032, Sept 1994.

Heruti, R.J., Bar-On, Z., Gofrit,O., Weingarden, H.P., and Ohry, A.

4

Acute Achalculous Cholecystitis as a Complication of Spinal Cord Injury",
Arch Phys Med Rehabil, 75:822-4, July 1994.

Weingarden, S.I., and Weingarden, H.P.
Spasmodic Torticollis as a Cause of Ulnar Nerve Entrapment
Neurosurgery, 14(3):332-4, March, 1984

Johnson, E. W., Weingarden, H.P., and Alexander, M.A. Asymmetric Ilio-tibial Band
Contracture Following Muscle Biopsy: A Case Report
Archives of Physical Medicine and Rehabilitation, 58:28, January, 1978

Johnson, E.W., Weingarden, H.P., and Mikolich, L.M.
EMG in Radioculopathy,
Practical Electromyography, 4th Edition, E.W. Johnson, Ed., Licht Series,
Williams & Wilkins, Published 1980

## PROFESSIONAL ORGANIZATIONAL ACTIVITIES

International Editorial Panel; American Journal of Physical Medicine & Rehabilitation, 1995-2004.

Southern California Society of Physical Medicine and Rehabilitation-
President, 1981, Vice-President, 1980

California Society of PM&R, Board of Trustees, 1979 - 1982.

California Society of PM&R, and Northwest Association of PM&R -
Annual Meeting Program Planner, 1982.

California Society of PM&R - Program Committee, 1985-86.

Northwest Association of PM&R - Board of Directors, 1982-85.

American Academy of Physical Medicine and Rehabilitation - Medical Practices Committee, 1980.

California Medical Association (CMA) Section On Physical Medicine and Rehabilitation - Scientific
Advisory Panel, 1985-86.

CMA Section on Physical Medicine and Rehabilitation - Secretary, 1986.

CMA Section on Physical Medicine and Rehabilitation - Program Planner for Annual Sessions, 1987.

American Association of Electromyography and Electrodiagnosis - National Examiner, 1981.

American Association of Electromyography and Electrodiagnosis - Journal Search Committee, 1984-85.

American Association of Electromyography and Electrodiagnosis - Education Committee, 1986-88.

Cottage Hospital of Santa Barbara - Bioethics Resource Committee, 1986.