```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------x
NATHANIEL FELBER, et al.              :
                                      :    Civil Action No. 19-cv-1027 (ABJ)
                    Plaintiffs,       :
                                      :
         -against-                    :
                                      :
ISLAMIC REPUBLIC OF IRAN,             :
                                      :
                    Defendant.        :
-------------------------------------------------------x
```

## DECLARATION OF ADI GIDALI, DPT, PT

I, Adi Gidali, DPT, PT, in Ramat Gan, Israel, declare under the laws of perjury of the United States that the following is true and correct:

### I. PROFESSIONAL QUALIFICATIONS

1. I am a Doctor of Physical Therapy with extensive experience treating and rehabilitating patients who have suffered traumatic brain injuries ("TBIs") ranging from mild to severe from a variety of types of trauma, including gunshot wounds, motor vehicle accidents, blunt injuries, and blast injuries. A copy of my CV is attached as **Exhibit A**.

2. I received my Doctor of Physical Therapy degree (DPT) in 2009 from Touro College School of Health Sciences in New York, New York. After successfully completing the National Licensing Examination offered by the Federation of State Boards of Physical Therapy in 2009, I practiced as a board-certified physical therapist in the United States. From 2009-2013, I worked as a physical therapist in the Neurological and Orthopedic Acute Rehabilitation Departments of the NYU Langone Orthopedic Hospital, formerly known as Hospital for Joint Diseases, in New York, New York.

3. As a physical therapist there, I assessed the conditions of, evaluated treatment plans for, and treated, a wide variety of patients suffering from traumatic injuries, including TBIs, amputations, spinal cord injuries, peripheral nerve injuries (which can disrupt messages from the brain and spinal cord to the rest of the body), and other musculoskeletal and neurological conditions

requiring acute rehabilitation. (Acute rehabilitation involves intensive, multidisciplinary rehabilitation five days a week for several hours a day. In contrast, subacute rehabilitation is less intense, generally providing patients with several hours of therapy per week.)

4. In 2014, I moved to Israel, where I became certified and licensed to practice physical therapy. Since September 2014, I have been the Physical Therapy Supervisor of the Complex Traumatic Brain Injury Outpatient Department at the Chaim Sheba Medical Center at Tel HaShomer Hospital ("Sheba Medical Center") in Ramat Gan, Israel. I also lecture graduate and post-graduate students on assessing, evaluating, and treating TBIs, and own my own physical therapy practice.

5. I was Nathaniel Felber's physical therapist from February 27, 2019, when he was admitted to Sheba Medical Center's Rehabilitation Center, until his discharge on September 14, 2020. (Prior to Sheba Medical Center, Nathaniel was an ICU patient in Hadassah University Hospital from December 13, 2018, the date of his attack, until his discharge on February 27, 2019.) In that capacity, I have assessed, evaluated, and treated Nathaniel, and I have also provided his family members with caregiver education and training.

## II. EVALUATION OF NATHANIEL FELBER

6. In preparing this declaration, I reviewed Nathaniel's medical records from Sheba Medical Center and Hadassah University Hospital, and discussed his case with the multidisciplinary team at Sheba Medical Center. I also had conversations with Mrs. Judi Felber, Nathaniel Felber's mother.

### a. Nathaniel Felber's Case History

7. Nathaniel was a 21-year-old soldier serving in the Israel Defense Forces (IDF) when he was shot in the head by a terrorist on December 13, 2018.

8. At the time of the attack, Nathaniel was single with no children. His records reflect that he was healthy and independent in all actves of daily living.

2

### b. Point of Injury Care

9. Nathaniel was found by medics arriving at the scene to be unconscious. He was bleeding profusely from an open head wound, and had a fractured skull with his brain matter exposed. Nathaniel was intubated on the way to Hadassah University Hospital in Jerusalem.

10. Upon arriving to the emergency room, Nathaniel was assigned a score of 3 on the Glasgow Coma Scale (the worst possible score out of a range of 3-15), indicating deep unconsciousness and a severe TBI. He presented with an enlarged left pupil with no pupillary response.

11. A CT scan revealed that Nathaniel had sustained a severe head trauma secondary to the gunshot wound. There was extensive damage to the left cerebral hemisphere with extracranial brain herniation and damage to the right frontal lobe.

### c. Summary of Treatment at Hadassah University Hospital

12. Nathaniel underwent emergency surgery to remove bullet and bone fragments. Surgeons created a flap grafted from Nathaniel's leg for his head wound closure. To decrease his intracranial pressure ("ICP"), surgeons placed an ICP monitor in his head.

13. Additional surgeries followed. On December 25, 2018, surgeons placed an inferior vena cava ("IVC") filter to prevent blood clots from moving to Nathaniel's lungs. On December 31, 2018, surgeons placed a temporary ventriculoperitoneal ("VP") shunt in Nathaniel's brain to relieve pressure on his brain caused by fluid accumulation. A percutaneous endoscopic gastrostomy ("PEG") tube was placed through his abdominal wall and into his stomach for nutrition on June 15, 2019. On January 28, 2019, Nathaniel underwent a surgical revision following wound infection and complications. Surgeons removed necrotic tissue from his wound area and replaced a barrier that had originally been used to cover his brain because it appeared infected.

14. Nathaniel's stay in the ICU was marked by a variety of complications, including, but not limited to, brain hemorrhage, pneumonia, blood clotting, brain fluid leakage, abscess, muscle spasms, fevers, and multiple infections.

### d. Nathaniel Felber's Status Upon Admission to Sheba Medical Center

15. Upon admission to Sheba Medical Center's Rehabilitation Center on February 27, 2019, Nathaniel was assessed to be in a vegetative state, *i.e.*, a state of unresponsive wakefulness. Nathaniel was unable to communicate or visually fixate. His right eye was responsive to startle and opening; however, his left eye remained closed and unresponsive.

16. He was admitted with his PEG feeding tube, a tracheal cannula (which was removed in June 2019) to deliver oxygen and also to suction his lungs, and a Peripherally Inserted Central Catheter ("PICC") line used to deliver medications and other treatments directly to the large central veins near Nathaniel's heart. (A PICC line is recommended if the patient's treatment plan requires frequent needle sticks for medicine or blood draws.) He had no control of bowel or bladder functions.

17. Nathaniel displayed hypertonicity (muscle tightness) and spasticity (exaggerated muscle stiffness and tendon jerks), both of which are caused by disrupted signals from the brain. Nathaniel also displayed a decerebrate pattern in his right extremities (*i.e.*, Nathaniel held his right arm and leg straight out), and a decorticate pattern on the left (*i.e.*, Nathaniel's posture on the left side of his body was flexed and clenched). Both of these postures represent neuromuscular responses to trauma. He displayed no spontaneous movement.

18. On October 7, 2019, Nathaniel returned to Hadassah University Hospital, where he underwent right scalp wound debridement to address the issue of his head wound not closing. He returned to Sheba Medical Center on October 10, 2019.

### e. Nathaniel Felber's Progress at Sheba Medical Center

19. On subsequent reassessment, Nathaniel was determined to have progressed to a minimally conscious state. He exhibited spontaneous left hand and leg movements and reflexive right hand movements. He was able to visually fixate, but unable to visually scan. He still did not exhibit a motor or verbal response to command. His family noted that he started to put his fingers in his mouth and eyes, not realizing the harm he could cause himself.

4

20. Nathaniel underwent cranioplasty surgery on May 13, 2020 at Hadassah University Hospital. During and following his surgery, Nathaniel experienced several complications including seizures and fevers, requiring re-intubation, three transfusions, and powerful anti-seizure medication.

21. Upon Nathaniel's return to Sheba Medical Center a month after his surgery, on June 17, 2020, he exhibited a decline in functional, motor, and cognitive status, presenting with decreased endurance, initiation, speed of movement, strength, mobility, sensation, visual tracking, communication, and more.

22. Upon re-assessment, Nathaniel was dependent in all bed mobility and transfers, unable to communicate functionally, and required frequent rest breaks secondary to decreased endurance and significant fatigue. His range of motion was maintained as compared prior to the cranioplasty; however, his strength was markedly diminished throughout.

### f. Nathaniel Felber's Present Functional Status

23. **Bed Mobility:** Prior to Nathaniel's cranioplasty, he was able to roll to his left and right with use of the bed rail, supervision, and minimal verbal and visual cues for technique and hand placement. Following his readmission after the surgery, Nathaniel is no longer able to roll.

24. **Transfers:** Prior to Nathaniel's cranioplasty, he was able to perform sit-to-stand transfers with moderate assistance with bilateral upper extremity support. He was also able to transfer from the wheelchair to the bed (to right and left) with moderate to minimal assistance and use of his hand. Since his readmission, Nathaniel is no longer able to perform transfers without moderate to maximal assistance.

25. **Ambulation:** Nathaniel is able to ambulate, for therapeutic purposes only, short distances of 15 meters with bilateral long-leg braces and a forearm walker with maximal assistance of two physical therapists. Stair negotiation is not possible.

26. **Balance:** Nathaniel requires minimal assistance to "contact guarding" (in which the assistance is limited to one or two hands on the patient's body to help steady him) for static sitting balance while sitting unsupported at the edge of his bed, and demonstrates the ability to sit with close

5

supervision for up to 30-60 seconds. Nathaniel requires minimal assistance for dynamic sitting balance and reaching outside his base of support with activities such as weight shifting and reaching required for everyday functional activities. Nathaniel requires moderate assistance while standing, using upper extremity support with a forearm support walker. *See* **Figure 1**.



**Figure 1:** Nathaniel in a standing position, supported by a therapist and wearing long-leg braces. He is pictured here with "Sheba," a trained physiotherapy dog and namesake of Sheba Medical Center.

27.     **Endurance:** Nathaniel is able to participate in standing activities for 5-7 minutes at a time, and to participate in seated or supine activities for 20-25 minutes, though requiring a rest break. Nathaniel can tolerate positioning in a standing frame that supports him fully (called a "stander") for 1 hour.

28.     **Communication:** Nathaniel is unable to speak, and he cannot communicate his needs or wishes without being asked yes/no questions. He is able to nod his head or press a button on the computer screen to indicate yes or no, but he is not consistently accurate. If presented with 2-3 options of objects or prompting of questions he can chose the correct answer 75% of the time. Nathaniel is currently unable to exhibit happiness or sadness via facial and body expressions, *i.e.* smiling, laughing, or crying. His mother reports that he "seems" sad at times, but an outside witness observing Nathaniel would not necessarily pick up on any change in his affect which would indicate sadness.

6

His mother also reports that on isolated occasions Nathaniel has demonstrated the ability to answer yes or no when asked for the reason why he seems sad. For example, Nathaniel has indicated a yes response when his mother has asked if he is sad about not seeing a specific friend. These responses are not consistent, and their accuracy is difficult to establish. Nathaniel exhibits pain via grimacing and an up-and-down movement of his left leg while moving his trunk forward and backward. Additionally, Nathaniel is able to pull away from something painful. For example, when a therapist is stretching his leg, he will move his leg away from the therapist if the stretching is painful. On isolated occasions when he is in significant pain, tears have been present. Nathaniel responds and reacts very well to music; he is calmer when music is playing, and occasionally able to tap to the beat.

29.     **Strength:**  Nathaniel has demonstrated limited shoulder and elbow movement on the right side of his body at 50% of the range. These movements are un-isolated and slow. No movement in the right wrist or hand has been noted. Nathaniel has active movement on his left side, albeit weak. His gross strength is 3/5 according to Manual Muscle Testing (known as "MMT," a series of manual manipulations, using both gravity and resistance to test the patient's muscle's strength, ability to contract, and resilience of muscle mass), indicating that his movements are against gravity, but not against resistance.

30.     **Range of Motion ("ROM"):** Passive ROM (referring to the extent of movement of a joint, measured in degrees of a circle) is intact throughout, thanks to the diligent daily stretching conducted by Nathaniel's family and caregivers. There are no contractures.

31.     **Cognition:** Nathaniel's state is currently emergent from minimal consciousness, and he exhibits a depressed level of alertness. This state is fairly recent, and was achieved during the late summer of 2020; however, Nathaniel's COVID-19 infection (he tested positive on September 12, 2020) has altered his cognitive status. Before his diagnosis, Nathaniel was mostly alert while awake, and his schedule was as follows: He would wake up at about 7:00am and nap between 1:30/2:00pm and 4:00/6:00pm. He would go to sleep for the night at about 8:00p.m. In addition to his midday nap, Nathaniel required frequent breaks from his therapy. While awake and not taking such a break,

7

Nathaniel was alert and oriented to place, year, person, and time of day approximately 75% of the time when presented with two options. He was able to match cards by color and numbers when presented with two options. He exhibited decreased processing speed, speed of movement, working memory, and problem solving, and is currently receiving medication for impaired attention. He was unable to initiate purposeful movements without assistance or prompting. He was occasionally able to follow simple one-step commands with visual, tactile, and verbal cues. For example, if an iPad was placed in front of Nathaniel with an application open, he required assistance and repetitive prompting to follow the simple command of pressing on the song to which the therapist is pointing. Currently, because Nathaniel is sick with COVID-19, he is not following his previous schedule, and is not often alert.

32. **Coordination:** Nathaniel's fine motor and gross coordination is impaired, requiring motor, visual, and verbal assistance and increased time to complete a motor task. Prior to his recent COVID-19 diagnosis, he could pick up a card from the table and place it in a previously-designated location, and could build towers using 2-3 blocks. He could bring a spoon to his mouth, but while reaching for the spoon at times he over or undershoots to get to it. Even prior to his recent COVID-19 diagnosis, he was unable to grasp the armrest of his wheelchair or the bedside rail needed for rolling in bed or transferring to the chair.

33. **Swallowing/Eating:** Nathaniel is currently fed via a PEG tube. Prior to his recent COVID-19 diagnosis, his speech therapy includes encouraging eating partial spoonfuls of soft foods like applesauce, jam, and pudding. Nathaniel cannot ingest liquids for risk of aspiration.

34. **Walking:** Walking is currently not relevant as Nathaniel is unable to perform transfers or standing without moderate to maximal assistance and also cannot roll. Therefore, the functional treatment goals for now will be focused on improving bed mobility, transfers, and standing.

35. **Bodily Function Control:** Nathaniel wakes up before he urinates, and he has expressed on a few occasions to his caregivers and family that he needs to have a bowel or bladder

movement by moving his body. Currently, however, he wears a diaper and is dependent on caregivers for cleanup.

36. **Additional Impairments:** Nathaniel exhibits additional impairments in sensation and vision; however, these impairments are secondary to cognitive and communicative impairments, and an accurate assessment of the extent of his visual impairments is therefore unable to be performed. Put differently, Nathaniel's eyesight acuity (sharpness and clarity) might be intact, but what he is seeing may not be "translated" to him by his brain due to his TBI. Because Nathaniel cannot explain what he sees, it is difficult to measure his vision.

### III. NATHANIEL FELBER'S PROGNOSIS

37. Nathaniel requires maximal assistance with toileting, transfers, bed mobility, dressing, bathing, feeding via a PEG tube, re-positioning to prevent pressure ulcers, and all additional self-care activities referred to as "Activities of Daily Living" ("ADLs"). His living space after discharge will be required to be rendered handicapped-accessible. It may require construction and modification for accessibility, including widening doorways and installing handrails on the walls and a shower chair. The family is waiting for a Hoyer lift for transfers (pictured in **Figure 2**), a medical bed, medical equipment, a "tilt in space" wheelchair (used to redistribute weight and pressure when a person spends most of his time in a wheelchair, in order to avoid tissue compression and pressure ulcers), a mattress and cushion for the bed and chair to prevent pressure ulcers, and additional furniture to be able to provide for Nathaniel's day-to-day needs.



**Figure 2:** Nathaniel being transferred via a Hoyer lift, required when a person needs 90-100% assistance to get into and out of bed. A pad fits under the person's body in the bed and connects with chains to the hoyer lift frame. A hydraulic pump is used to lift the person off the bed surface.

38. Nathaniel's short-term goals are focused on improving his mobility and decreasing the burden of care on his caregivers. Special attention is paid to improving:

- bed mobility with minimal assistance to supervision;
- transferring to standing and transferring from the wheelchair with minimal assistance of a caregiver;
- sitting balance to allow Nathaniel to be able to sit without support for extended periods of time in order to be able to perform ADLs or eat once appropriate;
- standing balance with assistance to improve endurance and strength;
- mobility and strength of upper and lower extremities.

39. Nathaniel's care will also focus on the goal of his improving cognitively enough to allow consistent and consequent communication. Nathaniel may not be able to achieve verbal communication. It is not yet determinable whether he will be able to utilize communicative assistive devices such as a communication tablet.

40. Nathaniel will require long-term physical, occupational, and speech therapy to improve mobility, cognition, independence with ADLs, feeding, and communication, among others. Additionally, Nathaniel will require lifelong and regular medical assessment, follow-ups and evaluations. He will also require, and benefit socially, cognitively, physically, and emotionally from, recreational activities which allow for improved quality of life. Such activities may include equestrian therapy, hydrotherapy, and pet therapy.

10

41. Nathaniel's present inability to attend daily therapy at Sheba Medical Center because of his positive COVID-19 diagnosis will likely cause a regression in his advances to date. He is in danger of losing the skills he has worked very hard to achieve.

Dated: Oct 8, 2020
Ramat Gan, Israel

*Adi Gidali*
Adi Gidali (Oct 8, 2020 18:26 GMT+3)
Adi Gidali, DPT, PT

# EXHIBIT A

# Adi Gidali
058-464-2244  |  DrAdiPT@gmail.com  |  TZ 042347302

## Education:

**Doctor of Physical Therapy, Bachelor of Science in Health Science: 2006-2009**
Touro College, School of Health Sciences, New York, NY  *(Cum Laude)*

**Bachelor of Arts in Biology: 1999- 2003**
Yeshiva University, Stern College for Women, New York, NY  *(Magna Cum Laude, Dean's List)*

## Certifications & Licensures:

- Israel Physical Therapy License (#10-121901), New York State Physical Therapy License (#62032546)
  Neuro -IFRAH , American Heart Association CPR & First Aid Certification

## Experience:

**Tel Hashomer SHEBA: 2014 – current**
**Supervisor of Outpatient Complex Brain Injury Department**
- Manage a team of physiotherapists; work within a multi-disciplinary team. assign patient caseload, orient and mentor new staff, students and volunteers; develop and implement treatment for diverse caseloads, initiate and coordinate departmental projects, Trainings, journal clubs
- Clinical Instructor

**Physical Therapist and Case Manager for Ministry of Defense October 2017 -Current**
- Case Manager- Manage, coordinate and communicate with a multidisciplinary team Ministry of defense, and family.
- Initiate, coordinate and implement treatment plans
- Train and mentor staff and family members

**New York University- Hospital for Joint Diseases: 2009-2013**
**Unit rotations; neurologic and orthopedic acute rehabilitation, surgical and medical units**
- Assigned patient caseload; oriented and mentored new staff; supervised assistant, students and volunteers; developed and implemented treatment for diverse caseload including neurological conditions, cardiopulmonary diseases and diabetes.

## Teaching & Relevant Experience:
- Clinical Brain Injury Consultant- Sheba Medical Center 2020
- Assistant Teacher -Tel Aviv University PT program Teacher -Tel Aviv University PT program
- Consultant for various Medical Device companies 2012- Present
- Guest Lecturer at Sheba, Hadassa, Asaf Harofeh on various topics related to Traumatic Brain Injuries
- Guest lecturer at NYU Lecture Series and at various community outreach programs on the topics of functional activity, Fall prevention and safety, balance and strength for the Parkinson's, Multiple Sclerosis, Rheumatoid Arthritis and Diabetes Mellitus and geriatric populations
- Dean recommended off site consultant and tutor for Doctor of Physical Therapy (DPT) students
- Clinical Instructor - Supervised, mentored and trained students and volunteers at NYU- HJD
- Trained and educated NYU Nursing and rehabilitation staff on safe patient handling, proper body Mechanics and facilitating functional mobility in the inpatient setting
- NYU's Initiative for Girls and Women with Physical Disabilities (IWD): **2010-2014**
  - Developed and coordinated program curriculum for adaptive rowing and track club training

## Clinical Continuing Education Coordinator- Touro College: 2012-2015
- Coordinate, implement, promote and evaluate continuing education programs and courses
- Assess educational needs through community involvement

### Publications & Research Experience:
- Wong CK, Gidali A, Harris V. *Deformity or dysfunction? Osteopathic manipulation of the idiopathic cavus foot: a clinical suggestion* N Am J Sports Phys Ther. 2010 February; 5(1): 27–32.
- Capstone Research: *The effects of heavy backpacks on gait of school aged children using the GAITRite™ system*

### Honors & Awards:
**IWD [Initiative for Women with Disabilities] Young Women's Appreciation Award**
- New York University, Hospital for Joint Disease (2011)

**Highest Clinical Achievement Award, Academic Excellence Award and Research Achievement Award**
- Touro College, School of Health Sciences (2009)

### Lectures : for *multidisciplinary team at various hospital and department-wide in-services*
**Neurologic**
- Disorders of consciousness, A multidisciplinary approach to complex brain injuries
- TBI and its affect on the family and everyday life
- The evaluation and practical treatment approach of adults following CVA or TBI
- Facilitation of patients with hemiparesis during functional tasks
- Traumatic Brain Injury: Pathology and Prognosis following subarachnoid hematoma
- Benefits of using locomotion training for patients with SCI
- Comparing results of therapist versus robotic assisted locomotor training following CVA
- Assessment and treatment of cognitive and perceptual impairment

**Orthopedic**
- Visual impairment in the adult orthopedic population
- Functional task specific therapeutic exercises following total joint replacement
- Functional task specific therapy following LE amputation
- Fall prevention: Application of outcome measures for evaluation and treatment
- Practical Treatment of the Parkinson's patient following total joint replacement
- Proper body mechanics and techniques to facilitate safe mobility in the acute care setting

### Professional Development – Continuing Education
- קורס מדריכים אוניברסיטת תל אביב 2016, "If you can't breathe, you can't function" respiratory course 2016, Vestibular Rehabilitation Course- 2015, Neuro -IFRAH - Treatment and management of adults with hemiplegia from CVA and BI  (March 2012), Proprioceptive Neuromuscular Facilitation 1 (PNF), Understanding and Managing Vision Deficits After Acquired Brain Injury, Functional orthopedics I, Prosthetics overview I & II, Using the APTA physical therapist clinical performance instrument for students, Stop falls! Improving balance in older adults, Strategies for assessing & treating patients with cognitive impairments: getting us all the same page , Understanding the vestibular system to improve balance an reduce falls in older adults I & II, Nonviolent crisis intervention training program, The NESS L300 foot drop system,שיבא -2019 קורס נשימתי מתקדם  system

### Clinical Affiliations
- **Columbia - New York Presbyterian Hospital**, New York, NY (Nov-Dec 2007) , C**edars Sinai Medical Center**, Los Angeles, CA (May –July 2008), **Raymond Naftali Ambulatory Center for Rehabilitation,** New York, NY (Jan – March 2009) ,**Milestones Pediatric** PT, Brooklyn, NY (May – June 2009) ,**Mount Sinai Hospital,** New York, NY (July – Sept 2009)

***REFERENCES AVAILABLE UPON REQUEST***