UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------x
NATHANIEL FELBER, et al.          :
                                  :     **Civil Action No. 19-cv-1027 (ABJ)**
                    Plaintiffs,   :
                                  :
         -against-                :
                                  :
ISLAMIC REPUBLIC OF IRAN,         :
                                  :
                    Defendant.    :
------------------------------------------------------x

## SUPPLEMENTAL DECLARATION OF JUDI FELBER

I, Judi Felber, am over the age of 18 and am fully competent to make this declaration. Under penalty of perjury, I declare the following:

1. I am the mother of Nathaniel Felber, who was seriously injured in a terrorist attack on December 13, 2018.

2. This declaration supplements the one I previously signed on July 29, 2020 [ECF Nos. 26-2, 30] by providing an update on Nathaniel's condition.

3. Nathaniel was tentatively scheduled to be discharged from Sheba Medical Center in October 2020. His discharge was dependent on us being able to hire and have trained a team of experienced caregivers who would be able to provide him with the 24-hour nursing care that he requires and coordinate his anticipated needs for the future, such as outpatient therapies.

4. Two patients in Nathaniel's rehabilitation department displayed symptoms of COVID-19 on September 12, 2020, leading the facility to test every patient and staff member in the department. Nathaniel tested positive. My husband and I were given the choice of discharging him from Sheba Medical Center or sending him to the COVID-19 ward there.

5. We had already rented an apartment for Nathaniel pending his tentatively scheduled discharge in October 2020, but we had not acquired the necessary equipment for it, nor had it been rendered handicapped-accessible. However, because Nathaniel cannot receive the specialized care he requires in the COVID-19 ward, we opted to discharge him to the apartment. In quarantine ourselves because of our exposure to Nathaniel and unable to leave our home for 14 days until September 28, 2020, we made emergency arrangements to rent or purchase a few provisional items for Nathaniel, including a temporary hospital bed, and coordinated delivery of sheets, blankets, pillows, diapers, a refrigerator, medications, and other necessities. Some items, such as a PEG feeding pump and temporary wheelchair, were only delivered later.

6. Two of Nathaniel's caretakers from Sheba Medical Center offered to quarantine with him, but as Nathaniel was being loaded into an ambulance for transport to the apartment, one decided he would not do so. Because we could not leave our home, Nathaniel was dependent on one caretaker for his 24-hour care for two weeks. We are currently trying to hire additional caretakers for Nathaniel.

7. Nathaniel was transported to the apartment on the evening of Monday, September 14, 2020. His PEG pump was not delivered until the next day. Because Nathaniel cannot be fed orally, Nathaniel's caretaker in the meantime rigged a device that dripped nutrition into his PEG tube. Nathaniel spiked a high fever during the morning of September 15, 2020, and because a shower chair was not delivered until that evening, Nathaniel's caretaker could not place him under cool water to reduce his temperature. While deciding whether to take Nathaniel to the emergency room, Nathaniel's caretaker administered over-the-counter fever reducers as well as cold compresses, and his temperature decreased to an above-normal, although not dangerous, level.

8. Nathaniel's fever continued to spike for a week and a half, and he started to cough. His caregiver continued to administer fever reducers and compresses, which kept the fever from reaching dangerous levels. A doctor brought an oxygen tank, which Nathaniel needed, and administered antibiotics used to treat COVID-19 pneumonia. Nathaniel's fever broke on September 25, 2020, but he continued to cough.

9. The Government of Israel announced a country-wide lockdown effective September 18, 2020 until at least October 14, 2020. We are not sure whether we will be able to coordinate purchase and deliveries of the medical equipment he still needs during that period.

10. We, along with Nathaniel's doctors, are hoping that after Israel's lockdown is lifted and Nathaniel recovers from COVID-19, he will be able to return to Sheba Medical Center for outpatient therapy. He will not return to the inpatient ward.

11. If Nathaniel must remain at home without having access to his daily therapies, his condition will likely deteriorate, and he could lose many of the skills and advances that he has worked so hard to achieve.

12. As of the date below, Nathaniel remains in his apartment. He is very weak, and his doctor has ordered a full set of blood tests. We are currently awaiting the results.

Dated: Oct 8, 2020  
Ra'anana, Israel

*Judi Felber*  
Judi Felber (Oct 8, 2020 19:34 GMT+3)  
Judi Felber