UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL FELBER, et al. | : |
| | : **Case No. 19-cv-1027 (ABJ)** |
| Plaintiffs, | : |
| | : |
| -against- | : |
| | : |
| ISLAMIC REPUBLIC OF IRAN, | : |
| | : |
| Defendant. | : |
| | : |

# NOTICE OF CHANGE OF ADDRESS

To: The Clerk of Court and all parties of record:

Please take notice that, effective immediately, Ari Ungar, Michael J. Radine, Aaron Schlanger, Dina Gielchinsky, and Patrick Duprey, who have previously appeared on behalf of Plaintiffs in the above-captioned action, request that all notices, pleadings, and orders in the above-captioned action be sent to them at the following new address:

> OSEN LLC
> 190 Moore Street, Suite 272
> Hackensack, NJ 07601
> (201) 265-6400

Dated: August 26, 2021

By:  /s/ Aaron Schlanger
Aaron Schlanger
OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601
(201) 265-6400