```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------x
NATHANIEL FELBER, et al.                       :
                                               :         Civil Action No. 19-cv-1027 (ABJ)
                          Plaintiffs,          :
                                               :
         -against-                             :
                                               :
ISLAMIC REPUBLIC OF IRAN,                      :
                                               :
                          Defendant.           :
-------------------------------------------------------x
```

# [PROPOSED] ORDER

Upon consideration of the following:

- Plaintiffs' Partial Proposed Findings of Fact and Conclusions of Law in Support of their Motion for Default Judgment ("First PFFCL"), ECF Nos. 29 (filed under seal) and 30 (redacted), setting forth proposed findings of fact and conclusions of law as to the Islamic Republic of Iran's liability for their injuries and damages for Plaintiffs Judi Felber, Joseph Felber, Daniel Felber, and Adina Felber ("Family Member Plaintiffs");

- Sworn expert declaration from Dr. Patrick Clawson in support of Plaintiffs' First PFFCL, providing his opinion that Iran provided material support to HAMAS during the relevant time period, ECF No. 27;

- Sworn expert declaration of Arieh Dan Spitzen in support of Plaintiffs' First PFFCL, providing his opinion that HAMAS was responsible for the December 13, 2018, attack (the "Attack"), ECF No. 28;

- Sworn declarations from each of the Family Member Plaintiffs setting out their experiences during the aftermath, and the resulting emotional consequences, of the Attack, ECF Nos. 26-2 through 26-5 (filed under seal);

- Sworn expert declaration from, and reports on each of the Family Member Plaintiffs by, Dr. Rael Strous, in support of Plaintiffs' First PFFCL, providing his expert opinion on the emotional injuries sustained by the Family Member Plaintiffs, ECF Nos. 26-6 through 26-11 (filed under seal);

- Plaintiffs' Partial Proposed Findings of Fact and Conclusions of Law Regarding Nathaniel Felber's Damages in Further Support of their Motion for Default Judgment ("Second PFFCL"), ECF No. 31;

- Sworn expert declaration from Eli Reichenthal, M.D. in support of Plaintiffs' Second PFFCL, providing his expert opinion on the nature and scope of Plaintiff Nathaniel Felber's physical injuries, ECF No. 31-1;

- Sworn declaration from Harold Weingarden, M.D., a consultant to the Head Trauma Rehabilitation Department at Chaim Sheba Medical Center at Tel HaShomer, Ramat Gan, Israel ("Sheba Medical Center"), where Plaintiff Nathaniel Felber was transferred to on February 27, 2019, in support of Plaintiffs' Second PFFCL, ECF No. 31-2;

- Sworn declaration from Adi Gidali, DPT, PT, the Physical Therapy Supervisor of the Complex Traumatic Brain Injury Outpatient Department at Sheba Medical Center, in support of Plaintiffs' Second PFFCL, ECF No. 31-3; and

- Sworn supplemental declaration from Plaintiff Judi Felber in support of Plaintiffs' Second PFFCL, describing Plaintiff Nathaniel Felber's recent COVID-19 diagnosis, ECF No. 31-4,

it is hereby

**ORDERED** that Plaintiffs' Motion for Judgment by Default is **GRANTED**. It is further

**ORDERED** that judgment is awarded to Plaintiffs against Iran as described below, including the following compensatory damages:

    Nathaniel Felber: $30 million;

    Judi Felber: $4.5 million;

    Joseph Felber: $4.5 million;

    Adina Felber: $2.25 million; and

    Daniel Felber: $2.25 million. It is further

**ORDERED** that Plaintiffs shall be entitled to prejudgment interest using the daily prime rate published on the Federal Reserve website for the period between the Attack and October 19, 2021. *See Mwila v. Islamic Republic of Iran*, 33 F. Supp. 3d 36, 47 (D.D.C. 2014). Those amounts are as follows:

    Nathaniel Felber: $3,514,109.59;

    Judi Felber: $527,116.44;

      Joseph Felber: $527,116.44;

      Adina Felber: $263,558.22; and

      Daniel Felber: $263,558.22. It is further

**ORDERED** that Plaintiffs shall be entitled to an award of punitive damages using the compensatory damages as the multiplicand, as this Court did in *Gill v. Islamic Republic of Iran*, 249 F. Supp. 3d 88, 105-06 (D.D.C. 2017), and using a multiplier of five because this attack resulted in multiple deaths and grievous injury to Plaintiff Nathaniel Felber. *See id.* at 106 ("The multiplier [other members of this Court have used] has ranged between three and, in exceptional cases, five.") (internal citation omitted). Those amounts are as follows:

      Nathaniel Felber: $167,570,547.95;

      Judi Felber: $25,135,582.19;

      Joseph Felber: $25,135,582.19;

      Adina Felber: $12,567,791.10; and

      Daniel Felber: $12,567,791.10.

**SO ORDERED.**

                                                            AMY BERMAN JACKSON
                                                            United States District Judge

DATE: _____