UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------x
NATHANIEL FELBER, et al.                :
                                        :    **Civil Action No. 19-cv-1027 (ABJ)**
                    Plaintiffs,         :
                                        :
         -against-                      :
                                        :
ISLAMIC REPUBLIC OF IRAN,               :
                                        :
                    Defendant.          :
-------------------------------------------------------x

**NOTICE REGARDING NEWLY-UPDATED INFORMATION PERTAINING TO THE UNITED STATES VICTIMS OF STATE SPONSORED TERRORISM FUND**

Plaintiffs respectfully write to update the Court that the United States Victims of State Sponsored Terrorism ("USVSST") Fund updated its website yesterday, setting **August 1, 2022**, as the deadline for new claimants to be considered for the next round of payments (if any) to be distributed by January 1, 2023. The USVSST Fund is currently the only reasonably viable mechanism by which a United States national with a judgment against a State Sponsor of Terrorism like Defendant Islamic Republic of Iran can recover damages that it has been awarded.[1]

By way of brief background, on August 3, 2020, Plaintiffs filed their proposed findings of fact and conclusions of law as to Iran's liability for their injuries, and for their damages (except for Nathaniel Felber's) in support of their motion for default judgment. ECF No. 26. On October 8, 2020, Plaintiffs filed their proposed findings of fact and conclusions of law for Nathaniel Felber's damages in further support of their motion for default judgment. ECF No. 31. On October 15, 2020, the Court entered a minute order stating that "plaintiffs have filed supporting documentation for a motion for default judgment, but failed to file an actual motion for default

---

[1] The USVSST Fund encompasses only compensatory, not punitive, damage awards, and it has historically paid less than 5% of a judgment holder's award per cycle.

judgment with that documentation. It is therefore ORDERED that the plaintiffs file the necessary motion itself, which can simply reference the previously docketed submissions in support, and the missing accompanying proposed order in accordance with the local rules, by October 22, 2021."

On October 19, 2020, Plaintiffs filed their motion for default judgment, which summarized their evidence in support of Iran's liability and Plaintiffs' claims, and their authority in support of their request for prejudgment interest and punitive damages. ECF No. 33. In conjunction with their motion, Plaintiffs filed a Proposed Order that set forth proposed damages awards for all Plaintiffs that encompassed compensatory and punitive damages as well as prejudgment interest. ECF No. 33-2.

On December 17, 2021, the Court addressed two questions to the State Department:

1. The Department of State's position as to whether the terrorism exception to sovereign immunity applies when a U.S. national is injured while they are on duty as a member of a foreign military.

2. The Department of State's position as to whether Iran's support of Hamas can support liability under FSIA when Hamas has not claimed responsibility for the particular attack at issue.

ECF No. 34 at 2. The Court requested that if the State Department chose to convey its views on these questions to the Court it do so by January 31, 2022. *Id.*

When the State Department did not respond to the Court's invitation by the Court's requested date, Plaintiffs submitted their own case law and record citations to address these issues for the Court's consideration. ECF No. 35.

Recognizing that the Court has many urgent matters on its docket, Plaintiffs respectfully note that their eligibility to apply to the USVSST Fund is contingent on their submission of a final judgment. Should the Court determine that an updated computation of damages and Proposed Order would assist the Court in expediting the issuance of a judgment so that the Felber family

can file their submission in time for the <u>August 1, 2022</u>, USVSST deadline, Plaintiffs will provide the Court with any necessary supplemental information.

Dated: May 3, 2022

                                                      Respectfully submitted,

                                                     **OSEN LLC**

By:   <u>/s/ Ari Ungar</u>
       Ari Ungar (DC Bar No. NJ008)
       190 Moore Street, Suite 272
       Hackensack, NJ 07601
       (201) 265-6400