

United States District Court
for the District of Columbia
Washington, D.C. 20001



**FILED**

MAY -3 2022

Clerk, U.S. District and
Bankruptcy Courts

Chambers of
Amy Berman Jackson
United States District Judge

May 3, 2022

Richard C. Visek
Acting Legal Advisor
United States Department of State
2201 C Street, N.W.
Washington, D.C. 20520

      Re:   *Felber et al. v. Islamic Republic of Iran*
             Civil Action No. 19-1027
             United States District Court for the District of Columbia

Dear Mr. Visek:

      The above captioned case is currently pending in the United States District Court for the District of Columbia. The Court issued a letter—which is enclosed—on December 17, 2021, inviting the Department of State to weigh in on two issues, pursuant to 28 U.S.C. § 517:

1. The Department of State's position as to whether the terrorism exception to sovereign immunity applies when a U.S. national is injured while they are on duty as a member of a foreign military.

2. The Department of State's position as to whether Iran's support of Hamas can support liability under FSIA when Hamas has not claimed responsibility for the particular attack at issue. *See generally* Aff. of Arieh Dan Spitzen (enclosed).

      That letter asked the Department to respond by January 31, 2022. However, no response has been submitted to date. Therefore, the Court requests that the Department inform the Court by May 18, 2022 whether it intends to submit a response, and if so, how much additional time is required, or if it has decided not to address the questions presented to it.

      Thank you very much for your consideration and cooperation.

                                                     AMY BERMAN JACKSON
                                                     United States District Judge



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

CHAMBERS OF
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE

cc: Aaron Schlanger, Esq., w/o encl.
Ari Ungar, Esq., w/o encl.
Dina Gielchinsky, Esq., w/o encl.
Michael J. Radine, Esq., w/o encl.
Patrick J. Duprey, Esq., w/o encl.