UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------------x
NATHANIEL FELBER, *et al.*  :
                                                :  Case No. 19-cv-1027 (ABJ)
              Plaintiffs,  :
            -against-  :
ISLAMIC REPUBLIC OF IRAN,  :
              Defendant.  :
------------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Patrick Duprey, formerly of OSEN LLC, withdraws his appearance on behalf of plaintiffs in the above-captioned matter and hereby requests that no further ECF notices be given or required of him in the action, and that no documents or other pleadings in the action he served upon him.

All other counsel from OSEN LLC who have appeared on behalf of plaintiffs will remain in this action.

Dated: June 8, 2022
       Hackensack, NJ

                                                             /s/ Patrick Duprey
                                                            Patrick Duprey (DC Bar No. NJ029)