## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATHANIEL FELBER, *by his legal guardians Joseph Felber and Judi Felber*, et al., </br></br>Plaintiffs, </br></br>v. </br></br>ISLAMIC REPUBLIC OF IRAN, </br></br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 19-1027 (ABJ) |

## ORDER

Pursuant to Federal Rules of Civil Procedure 55 and 58, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that plaintiffs' motion for default judgment [Dkt. # 33] is **GRANTED**.

Plaintiffs are awarded monetary damages in the total amount of $168,000,000:

- Pain and Suffering – Nathaniel Felber:  $30,000,000
- Solatium – Joseph Felber:  $4,000,000
- Solatium – Judi Felber:  $4,000,000
- Solatium – Daniel Felber:  $2,000,000
- Solatium – Adina Felber:  $2,000,000
- Punitive Damages:  $126,000,000

The Memorandum Opinion refers to sealed exhibits, and therefore it has been docketed under seal pending review by plaintiffs. The opinion, with any necessary redactions, will be available on the public docket at a later date.

This is a final appealable order.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: October 25, 2022