UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------x
NATHANIEL FELBER, et al.          :
                                  :    **Civil Action No. 19-cv-1027 (ABJ)**
                    Plaintiffs,   :
                                  :
        -against-                 :
                                  :
ISLAMIC REPUBLIC OF IRAN,         :
                                  :
                    Defendant.    :
------------------------------------------------------x

## PLAINTIFFS' RESPONSE TO MINUTE ORDER DATED OCTOBER 25, 2022

In response to the Court's instructions in its Minute Order dated October 25, 2022, Plaintiffs, by and through their undersigned attorneys, attach as Exhibit A a proposed redacted version of the Memorandum Opinion, ECF No. 39, issued by this Court.

Dated: November 8, 2022

                                                             Respectfully submitted,

                                                             **OSEN LLC**

                              By:   /s/ Aaron Schlanger
                                       Aaron Schlanger (DC Bar No. NJ007)
                                       190 Moore Street, Suite 272
                                       Hackensack, NJ 07601
                                       Tel. (201) 265-6400
                                       Fax (201) 265-0303

                                       *Attorneys for Plaintiffs*