

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

November 28, 2022

**VIA FEDEX**

Office of the Clerk
Attn: Jiselle Manohar-Joseph
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: *Felber v. Islamic Republic or Iran*, 19-cv-1027 (ABJ)
Request for Service of Judgment on Defendant, the Islamic Republic of Iran

Dear Ms. Manohar-Joseph:

Enclosed please find the following documents for service of the Defendant by registered mail via the United States Postal Service:

1. Affidavit Requesting Foreign Mailing, ECF No. 44;
2. Notice of Electronic Filing confirming the ECF filing of the Affidavit Requesting Foreign Mailing;
3. A copy of the Notice of Judgment with a translation into Farsi;
4. A copy of the Memorandum Opinion dated October 25, 2022 (ECF No. 39) with a translation into Farsi; and
5. A copy of the Order dated October 25, 2022 (ECF No. 40) with a translation into Farsi.

I am enclosing a FEDEX envelope and waybill for you to return the documents to our office after you have reviewed the documents and sealed the envelope so that our office can take the documents to the Post Office. Once the documents have been processed by the U.S. Postal Service, we will send you the stamped PS Form 3806, Registered Mail Receipt.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Aaron Schlanger

Encls.

RECEIVED
Mail Room
NOV 29 2022
Angela D. Caesar, Clerk of Court
U.S. District Court