

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

May 31, 2023

**VIA FEDEX and ECF**

Office of the Clerk
Attn: Angela D. Caesar
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

> Re: *Felber, et al. v. Islamic Republic of Iran*, No. 19-cv-1027 (ABJ)
> Request for Service of Judgment on Defendant, Islamic Republic of Iran

Dear Ms. Caesar:

We write in connection with the above captioned case to respectfully request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service of the judgment in this matter on Defendant Islamic Republic of Iran ("Iran").

Service on Iran under 28 U.S.C. § 1608(a)(4) is warranted here. Defendant Islamic Republic of Iran and the United States do not have any special arrangement for service pursuant to 28 U.S.C. § 1608(a)(1), nor is service permitted by any applicable international convention on service of documents pursuant to 28 U.S.C. § 1608(a)(2). Moreover, Plaintiffs have attempted to serve the judgment on Defendant pursuant to 28 U.S.C. § 1608(a)(3) via the United States Postal Service (*see* ECF No. 46), but more than 30 days have elapsed since the judgment was mailed to Iran (*see* ECF No. 46-1) and the return receipt has not been entered on the docket.

In accordance with 28 U.S.C. § 1608(e), I have enclosed two copies of: 1) the Notice of Default Judgment with a certified translation into Farsi; 2) Memorandum Opinion and Order granting the default judgment with a certified translation into Farsi; 3) Memorandum Opinion awarding damages to Plaintiffs with a certified translation into Farsi; and 4) Order entering judgment in favor of Plaintiffs with a certified translation into Farsi. Please take the necessary steps to dispatch these materials to effect service on Defendant Islamic Republic of Iran pursuant to 28 U.S.C. § 1608(a)(4). The below address should be used to dispatch the above documents to the Director of Special Consular Services at the U.S. Department of State:

U.S. Department of State
ATTN: Jared Hess
CA/OCS/L, SA-17, 10th Floor
2200 C Street N.W.
Washington, DC 20522-1710

  Once the Court has completed processing the documents, we respectfully request that the documents be sent to the above address via FEDEX. We have enclosed a pre-addressed FEDEX Waybill, a cover letter addressed to the State Department and a money order to cover the State Department fees.

  If you have any questions or require anything further, please do not hesitate to contact me at (201) 265-6400. Thank you very much for your assistance in this matter.

        Sincerely,

        Aaron Schlanger

Encls.