

**United States Department of State**

*Washington, D.C.   20520*

September 12, 2023

Ms. Angel D. Caesar
United States District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

      **Re: *Nathaniel Felber, et al. v. Islamic Republic of Iran,* 1:19-cv-01027-ABJ**

Dear Ms. Caesar:

      I am writing regarding the Court's request for transmittal of an Order, Memorandum Opinion, and Notice of Default Judgment to the Government of the Islamic Republic of Iran pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as a defendant in the above referenced lawsuit.

      Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1059-IE, dated August 7, 2023, and delivered on August 14, 2023. A certified copy of the diplomatic note is enclosed.

                                Sincerely,

                                Michael McPherson
                                Paralegal Specialist
                              Office of the Legal Adviser

RECEIVED
Mail Room

SEP 1 3 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Cc:   Aaron Schlanger
       OSEN LLC
       1441 Broadway, Suite 6022
       New York, NY 10018



SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland            )
Bern, Canton of Bern                    ) SS:
Embassy of the United States of America )

I, Scott M. Driskel, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 28079 dated July 25, 2023, which was transmitted to the Swiss Ministry of Foreign Affairs on July 26, 2023, for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.



_____
(Signature of Consular Officer)


_____Scott M. DRISKEL_____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


August 24, 2023
(Date)



*Embassy of the United States of America*

July 25, 2023

CONS NO.     2 8 0 7 9

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities
Act (FSIA) – Nathaniel Felber, et al. v. Islamic Republic of Iran, 1:19-cv-01027-ABJ

REF:     ----

The Department of State has requested the delivery of the enclosed Order, Memorandum
Opinion, and Notice of Default Judgment to the Ministry of Foreign Affairs of the Islamic
Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter Nathaniel
Felber, et al. v. Islamic Republic of Iran, 1:19-cv-01027-ABJ.

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the
documents to the American Interests Section of the Swiss Embassy in Tehran.  There is one
defendant to be served in this case: the Islamic Republic of Iran.  The American Interests
Section should transmit the Order, Memorandum Opinion, and Notice of Default Judgment
to the Iranian Ministry of Foreign Affairs under cover of one diplomatic note utilizing the
language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery.
The American Interests Section should execute certifications of the diplomatic notes, which
will be forwarded by the Department of State to the requesting court in the United States.

Enclosed is one appropriate part of a message the Embassy received from the Department
of State as well two sets of documents for each defendant.

The Embassy would appreciate being informed of the date the American Interests Section
of the Swiss Embassy in Tehran receives the documents as well as the date the Interests
Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit *Nathaniel Felber, et al. v. Islamic Republic of Iran*, 1:19-cv-01027-ABJ in the U.S. District Court for the District of Columbia.  The Islamic Republic of Iran is a defendant in this case.  The Foreign Interests Section transmits an Order and Memorandum Opinion herewith.  The U.S. District Court for the District of Columbia has requested service of these documents.  This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Sections 1608(a)(4) and (e).

In addition to the Order and Memorandum Opinion, the Foreign Interests Section is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States.  It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel.  The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Order, Memorandum Opinion, and Notice of Default Judgment
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN**



## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal of the Swiss Federal
Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing
is true and correct.



_____
(Signature of Consular Officer)

_____
Scott M. DRISKEL
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

August 24, 2023
(Date)

 "che Eidgenossenschaft
"eration suisse
..federazione Svizzera
Confederaziun svizra

**Federal Department of Foreign Affairs FDFA**

K. 346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 28079 dated July 25, 2023 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance:
**Nathaniel Felber, et al. v. Islamic Republic of Iran, 1:19-cv-01027-ABJ**
- Note 1059-IE addressed to the Government of the Islamic Republic of Iran

dated August 07, 2023 and proof of service, dated August 15, 2023 as well as the certification by the Swiss Federal Chancellery dated August 22, 2023.

The section has received the above mentioned documents on August 07, 2023. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on August 14, 2023. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, August 22, 2023

_Enclosure(s) mentioned_



To the
Embassy of the
United States of America

Berne



## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland      )
Bern, Canton of Bern           ) SS:
Embassy of the United States of America  )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Lara LORELLA
_____
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)


Scott M. DRISKEL
_____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


August 24, 2023
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1059-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit *Nathaniel Felber, et al. v. Islamic Republic of Iran*, 1:19-cv-01027-ABJ, in the U.S. District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits an Order and Memorandum Opinion herewith. The U.S. District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Order and Memorandum Opinion, the Embassy is enclosing a Notice of Default Judgement, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran – August 07, 2023

Attachments:
1. Order, Memorandum Opinion, and Notice of Default Judgment
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Pia Müller, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland, certify herewith that this is a true copy of Diplomatic Note No. 1059-IE, dated August 07, 2023. The delivery of this note and its enclosures was attempted on August 14, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.

Pia Müller
Deputy Head of the Foreign Interests Section

Tehran – August 15, 2023



### APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION
   This public document

2. has been signed by          Pia Müller

3. acting in the capacity of Deputy Head of the Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section, Tehran

   **Certified**

5. at Berne                    6.          the 22 August 2023

7. by Lara Lorella
   functionary of the Swiss federal Chancellery

8. No 020922

9. Seal/stamp:                  10. Signature:

   Swiss federal Chancellery

<u>ترجمه غیر رسمی</u>
سفارت سوئیس
قسمت حافظ منافع خارجی

شماره IE–1059

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً توجه آن وزارتخانه محترم را به دعوا ی حقوقی تحت عنوان ناتانائل فلبر و دیگران علیه جمهوری اسلامی ایران، تحت پرونده مدنی شماره ABJ-cv-01027 -1:19 که در دادگاه ناحیه ای ایالات متحده آمریکا، ناحیه کلمبیا مفتوح میباشد، جلب می نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه ناحیه ای ایالات متحده، ناحیه کلمبیا، یک فقره حکم دادگاه و یادداشت نظر را ایفاد می دارد. برابر مقررات فصل 28 بخش 1608 بند (a)(4) و (e) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدرک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

سفارت علاوه بر حکم دادگاه و یادداشت نظر، یک فقره اطلاعیه حکم غیابی که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی تهیه شده است، را به پیوست ایفاد می دارد. لطفاً توجه داشته باشید که متعاقب مقررات فصل 28 بخش 1610 مجموعه قوانین ایالات متحده آمریکا، اقدامات اجرائی و حکم می تواند بعد از مدت زمان معقول از دادن اطلاع از حکم قصور، آغاز گردد.

سفارت بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا، هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمودن مصونیت دولت ها، باید در مقابل دادگاه صورت گیرد. از این رو، مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده مراتب احترامات فائقه خود نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران، بتاریخ شانزدهم مرداد ماه ۱۴۰۲ (۷ اوت ۲۰۲۳)



پیوست: ۱- حکم دادگاه، یادداشت نظر و اطلاعیه حکم غیابی
۲- ترجمه ها

اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران